UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRA HOWELL,<br><br>                    Plaintiff,<br><br>      v.<br><br>PEPPERDINE UNIVERSITY,<br><br>                    Defendant. | Case No. 2:24-CV-06332-WLH-RAO<br><br>**ORDER GRANTING JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE SECOND AMENDED COMPLAINT [28]** |

The Court having reviewed the Parties' Stipulation Allowing Plaintiff to File a Second Amended Complaint, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff Kira Howell is granted leave to amend to file her Second Amended Complaint, a copy of which is attached to the Stipulation as Exhibit "A."

IT IS ALSO ORDERED that Defendant's Answer shall be due on October 29, 2024.

//

//

1       IT IS FURTHER ORDERED that the Second Amended Complaint is deemed filed as of the date this Order is transmitted via the CM/ECF system.

**IT IS SO ORDERED.**

Dated: 10/4/2024

                                        HON. WESLEY L. HSU
                                        UNITED STATES DISTRICT JUDGE