1  Kira Howell
2  Kira.howell8@yahoo.com
3  ███████████
4  Calabasas, CA 91302
5  612-412-3472
6  Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRA HOWELL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PEPPERDINE UNIVERSITY,<br><br>　　　　　　　Defendant. | Case No.: 2:24-CV-06332-WLH-RAO<br><br>**PLAINTIFF KIRA HOWELL'S AAPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF**<br><br>**Hearing Date:** TBD<br><br>**Hearing Time:** TBD<br><br>**Judge:** Hon. Wesley L. Hsu<br><br>**Place:** Courtroom 9B |

**TO THE HONORABLE COURT AND ALL PARTIES:**

　　PLEASE TAKE NOTICE that on January 12, 2025, Plaintiff Kira Howell filed this APPLICATION for Preliminary Injunctive relief pursuant Federal Rule of Civil Procedure Rule 65. A Memorandum of Points and Authorities, Declaration, Exhibits, and Proposed Order accompany this Application.

-2-

1  DATED: January 12, 2025

2                               By:   /s/Kira Howell

3                                     Kira Howell

4                                     Plaintiff in Pro Per

# PROOF OF SERVICE

I, Kira Howell, declare I served the foregoing documents by filing them with the Court's CM/ECF electronic filing system:

Application for Preliminary Injunctive Relief

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2025.

                                               /s/ Kira Howell
                                               Kira Howell