On Sat, Oct 21, 2023 at 8:12 AM Britney Summerville Brannan <britney.summervillebrannan@pepperdine.edu> wrote:

Dear Kira,

I pray you are well. Thank you for meeting with Dean Richards, Dean Jarvis and I on October 17, 2023. I am writing to follow up with and connect you with La Shonda Coleman, Title IX Coordinator and Dawn Emrich, Director of Title IX Prevention Education and Case Management.

During our meeting, you expressed that you were the recipient of homophobic gestures and homophobic statements by different individuals at the School of Law. I also noted that you had concerns about retaliation. Because of what you shared, I want to connect you with La Shonda and Dawn, who both are included on this email.

Thank you again for sharing your experiences with us on Tuesday. La Shonda and Dawn are positioned to support you and answer any questions you may have.

Lastly, as shared in our meeting, the counseling center is a resource that is available for you to use. They can be reached by phone at 310-506-4210 to schedule an appointment in person or virtual.

With care,



**Britney M. Summerville Brannan MSW, ASW**
(she/her/hers)
Director
Student Care Team Case Management
Seaver College
o: 310.506.7753