

**Kira Howell 'student'** <kira.howell@pepperdine.edu>

---

## Letting you know

---

**Kira Howell 'student'** <kira.howell@pepperdine.edu>　　　　　　　　　　　　　　　　　Tue, Sep 12, 2023 at 7:50 AM
To: Chalak Richards <chalak.richards@pepperdine.edu>

Hi Dean Richards,

I just wanted to let you know that someone unlawfully went into my bag, pulled my Criminal Law book out, and wrote notes on page 236 without my knowledge or consent. My book is brand new and this is not my handwriting.

The only other person who could have done it is my landlady. Some students, Connor and Amy Cosi, have both referenced her in class in hostile ways even though I do not know them or how they know her. If my landlady did it, she also broke the law to do so by entering my unit without my consent and defiling my personal property. She violates the law regularly in ways she deems inconsequential because she owns the home and is elderly. I will compare her handwriting when I get home, but I need to let you know for my own safety.

Kira