**Kira Howell 'student'** <kira.howell@pepperdine.edu>

## Letting you know

**Kira Howell 'student'** <kira.howell@pepperdine.edu>  Tue, Sep 12, 2023 at 11:00 AM
To: Chalak Richards <chalak.richards@pepperdine.edu>

Taking my belongings and defiling them without my consent is threatening. I am working on my housing.

Kira
[Quoted text hidden]