On Tue, Sep 26, 2023 at 1:49 PM Kira Howell 'student' <kira.howell@pepperdine.edu> wrote:

Hi Dean Richards,

The same person, still unidentified but not my landlady, has also defaced my book in another ink color on page 329. This is a misdemeanor, it is creepy and scary and it is bizarre. It is also an honor code violation.

In completely unrelated news, I had coffee with Lavinia and she said hello. I am pursuing 1L fellowships and hope lavinia will remain a mentor through the next few years. She is great!

I just wanted to let you know.

Best,

Kira