

**Kira Howell 'student'** <kira.howell@pepperdine.edu>

---

## Supplement to Appeal

---

**Kira Howell 'student'** <kira.howell@pepperdine.edu>   Tue, Feb 13, 2024 at 3:36 PM
To: Jay Brewster <jay.brewster@pepperdine.edu>, Sharon Beard <sharon.beard@pepperdine.edu>

Hello Dean Beard and Provost Brewster:

I know I have already submitted my appeal and am awaiting a decision. However, I feel compelled to advocate for myself a bit more, given this is a Christian University which values human beings, as well as professional achievement. Please forgive me and disregard it if typical court procedures prevail and disallow "auto-amicus" letters after the deadline for submission.

I worked tirelessly to get my Summer Associate position at a V100 firm this summer. I submitted three essays for publication, networked as a Scientist/Professor into the niche field of IP law as a woman with no previous ties to attorneys anywhere. I secured nine callback interviews at V100 or ranked boutique firms, and I did all of that because I decidedly excluded other aspects of school and life. I simply didn't socialize or make myself available for the types of allegations I am facing with this decision to remove me from classes.

I don't even talk all that much in the building and when I do, it is never antagonistic and I have not made an enemy here thus far. Before starting here, I worked as a Biology Professor, and I don't mind saying that I have a hard time relating to my cohort of peers better than I do the faculty. It is difficult to revert back to a student role, but this in no way, after much contemplation, accounts for the measures taken here.

I have worked as a missionary on three continents, and I consider human beings, their feelings and struggles, in everything I do. I temper judiciousness with humanity, and I hope you consider doing the same for me.

The letter I received from Dr. Horton contained no facts. There was not one fact, detail, or piece of evidence I could answer to. The threshold legal standard in this country is fact-based evidence that reaches the level of plausibility, and the person being accused has an absolute right to confront their accusers and the detailed allegations.  This was not present in the letter I received. Instead, it contained only vague, nondescript, but wholly untrue abstractions. Except for some mild hearing loss that prevents me from accurately gauging the volume of my voice, I am always self-aware, and I know there is a misunderstanding here somewhere. I am always kind, and I am always too busy to be that invested anyhow.

My entire livelihood is dependent on my success here. Getting my job (and, by chance, the firm and practice group from heaven) is my sole sustaining focus. I have no motive or desire to harm others, and reading the letter, I can honestly say it does not ring true to my daily life or my character. It is not just or fair.

I want to cooperate in any way. I will answer anything you ask. I will modify anything anyone brings to my attention. It is wholly hurtful to read that I am a threat or a disruption or a liar to anyone. This is not my character. I chose this school to return to my Christian value system. This has been a genuine challenge this year, but I am asking for some grace and for your support with this matter. I would love to return to my classes and complete the semester on time to proceed to my associate position.

Sincerely,

Kira