KH000576

---------- Forwarded message ---------
From: Jim Gash <jim.gash@pepperdine.edu>
Date: Wed, Feb 7, 2024 at 6:52 AM
Subject: Re: Assign for Thurs, 2-8
To: Barry McDonald <barry.mcdonald@pepperdine.edu>

Thanks, Barry. All is well with me -- life is quite busy, but that is the nature of this position. And yes, she bcc:ed me. I hope you know that I didn't believe, even for a moment, what she was saying. Glad that Jason is involved -- I would hate for you to have to deal with this without administrative support.

Don't hesitate to get GC involved, if necessary.

Blessings,
Jim