

Meghan McGuire <meghan.b.mcguire@pepperdine.edu>

## Fwd: Hello
1 message

**Alexis Joyce** <alexis.joyce@pepperdine.edu>   Thu, Feb 8, 2024 at 9:55 AM
To: Meghan McGuire <meghan.b.mcguire@pepperdine.edu>, Ariel Sarreal <ariel.sarreal@pepperdine.edu>, Chalak Richards <chalak.richards@pepperdine.edu>

Email chain #3 referenced in my statement email



**Alexis Joyce**
Director
Career Development Office
Caruso School of Law

o: 310.506.6459   appointments: here

---------- Forwarded message ---------
From: **Alexis Joyce** <alexis.joyce@pepperdine.edu>
Date: Mon, Oct 23, 2023 at 11:09 AM
Subject: Re: Hello
To: Chalak Richards <chalak.richards@pepperdine.edu>
Cc: Jason Jarvis <jason.jarvis@pepperdine.edu>


Hi Chalak and Jason,

I just talked to Ann about her meeting on Wednesday. The only thing we want to confirm is: what if Kira does not consent to it being recorded? Should Ann continue with the appointment and just take contemporaneous notes, or should Ann call off the appointment?

Lastly, I want to take a moment to highlight that this is starting to be of rising concern for me. This person has now made up two interactions with me - the first that some unknown event happened between her and me and Rachel, which prompted her to email me and Rachel telling us to stay out of her life, and the second being that we "reconciled" - neither of which happened. This is someone that I barely even know - I had to look up who she was. The only interactions I've had with her are as follows: 1) She emailed me about career stuff as a prospective/admitted student, and 2) she sat at my Launch Week table in August and then briefly stopped by the CDO right after to ask a quick question. I remember the latter because I said to her - oh you're the person I was emailing a while ago.

I want to make sure that the Student Care Team & Counseling Center are involved and are coming up with a plan. I'm starting to be nervous about seeing this person around, especially because I am a familiar face around campus. I have presentations almost every week. I'm having anxiety about this person making up another story. I don't need to know the exact plan, but I want to know that there is a larger effort to resolve this issue in a way that protects me and my team.

Thanks for your thoughts.

Warm regards,



**Alexis Joyce**
Director
Career Development Office
Caruso School of Law

o: 310.506.6459   appointments: available here