

**Kira Howell 'student' <kira.howell@pepperdine.edu>**

---

# Follow-up

---

**La Shonda Coleman** <lashonda.coleman@pepperdine.edu>   Tue, Jul 18, 2023 at 7:21 PM
To: Kira Howell 'student' <kira.howell@pepperdine.edu>
Cc: Dawn Emrich <dawn.emrich@pepperdine.edu>

Dear Kira,

My name is La Shonda Coleman and I serve as the Associate Vice President of Student Affairs and University Title IX Coordinator at Pepperdine.

I am reaching out to extend an opportunity to meet with you to address allegations that you have disclosed about another student. I stand ready to meet with you to learn more and to discuss the University's Sexual Misconduct Policy, should this apply.

You may access confidential counseling support through the Counseling Center at (310) 506-4210 anytime of day. If you have any safety concerns, please contact DPS at (310) 506-4442 anytime of day.

Please share your availability to meet tomorrow and next week if you are willing to do so. You may have an Advisor of your preference accompany you to any meetings related to this alleged matter. I look forward to hearing back from you.

Sincerely,
La Shonda