

**Kira Howell 'student'** <kira.howell@pepperdine.edu>

---

## Criminal Law Midterm

---

**Kira Howell 'student'** <kira.howell@pepperdine.edu>   Thu, Nov 9, 2023 at 6:26 PM
To: Chalak Richards <chalak.richards@pepperdine.edu>
Cc: Jason Jarvis <jason.jarvis@pepperdine.edu>, Britney Summerville Brannan <britney.summervillebrannan@pepperdine.edu>

Hi Dean Richards,

Thank you for the email. I have heard several students make jokes and heckles regarding the Criminal Law midterm, however I do not know or pay attention to names and specific instances. If I hear of it again, I will ask them in the moment so as not to relay names to you to then have those people then decide not to speak up or to say that their laughing at the acts indicates the acts were professional. I was asked about the events this summer and gave an honest answer. I was asked about the professor this fall and I gave an honest answer. I have had my personal property defaced multiple times and this is a violation of policies and the law.

I acted within the scope of our school's policies and missions, including CDO policies, in my communications and actions, with emphasis on treating everyone with respect and dignity and resolving issues with people directly, as Pepperdine indicates it believes most matters can and should be handled.

Best regards,

Kira

[Quoted text hidden]