1  Kira Howell
2  Kira.howell8@yahoo.com
3  ███████████
4  Calabasas, CA 91302
5  612-412-3472
6  Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KIRA HOWELL, | Case No.: 2:24-CV-06332-WLH-RAO |
|---|---|
| Plaintiff, | **PLAINTIFF KIRA HOWELL'S AAPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF** |
| v. | |
| PEPPERDINE UNIVERSITY, | **Hearing Date:** TBD |
| Defendant. | **Hearing Time:** TBD |
| | **Judge:** Hon. Wesley L. Hsu |
| | **Place:** Courtroom 9B |

**TO THE HONORABLE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that on January 12, 2025, Plaintiff Kira Howell filed this APPLICATION for Preliminary Injunctive relief pursuant Federal Rule of Civil Procedure Rule 65. A Memorandum of Points and Authorities, Declaration, Exhibits, and Proposed Order accompany this Application.

-2-

-2-

1  DATED: January 12, 2025

2                                    By:   /s/Kira Howell

3                                           Kira Howell

4                                           Plaintiff in Pro Per

-2-

## PROOF OF SERVICE

I, Kira Howell, declare I served the foregoing documents by filing them with the Court's CM/ECF electronic filing system:

Application for Preliminary Injunctive Relief

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2025.

                                             /s/ Kira Howell
                                             Kira Howell