1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA
10
11   KIRA HOWELL,                          Case No. 2:24-cv-06332-WLH-RAO
12                          Plaintiff,     **[PROPOSED] ORDER GRANTING**
                                           **APPLICATION FOR PRELIMINARY**
13        v.                               **INJUNCTIVE RELIEF [ECF NO. 49]**
14   PEPPERDINE UNIVERSITY
15                          Defendant.
16
17

18       On January 12, 2025, Plaintiff filed an Application for Preliminary Injunctive
19   Relief.
20
21       Plaintiff sued on July 24, 2024. Defendant filed its Answer to Plaintiff's Second
22   Amended Complaint on October 29, 2024 and parties entered discovery after receiving
23   Court's Civil Pretrial Scheduling Order on December 3, 2024.  Dkt. No. 44. Parties
24   exchanged Rule 26(a) initial Disclosures on December 4, 2024.
25
26
27       The Court, having considered Plaintiff's Application and finding good cause
28   therefor, hereby GRANTS the Application and ORDERS as follows

1.  Grant preliminary injunctive relief and directs Defendant to enroll Plaintiff in Spring 2025 courses, even if attending remotely.

**IT IS SO ORDERED.**

Dated:

                                                _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE