KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@psemploymentlaw.com
PUNEET K. SANDHU (State Bar No. 254726)
psandhu@psemploymentlaw.com
JOSEPH V. MARRA III (State Bar No. 238181)
jmarra@psemploymentlaw.com
PAZZANI & SANDHU LLP
700 N. Central Avenue, Suite 460
Glendale, CA 91203
Telephone:(213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendant
PEPPERDINE UNIVERSITY

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRA HOWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>PEPPERDINE UNIVERSITY,<br><br>        Defendant. | Case No.  2:24-CV-06332-WLH-RAO<br><br>**DECLARATION OF SHARON BEARD IN SUPPORT OF PEPPERDINE UNIVERSITY'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR A PRELIMINARY INJUNCTION**<br><br>Date:  TBD<br>Time:  TBD<br>Place:  First Street Courthouse<br>350 West 1st St, Courtroom 9B<br>Los Angeles, California |

1

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF SHARON BEARD

I, SHARON BEARD, declare as follows:

1.      I am the Dean of Students at defendant Pepperdine University ("Pepperdine"). I make this declaration in support of Pepperdine's Opposition to Plaintiff's Ex Parte Application for a Preliminary Injunction. I have personal knowledge of the facts set forth herein, and if called as a witness would and could testify thereto.

2.      By February 2024, Plaintiff's false accusations and erratic behavior had so disturbed the Pepperdine community that Plaintiff was called to a hearing before the Pepperdine's Student Disciplinary Committee. Plaintiff was found responsible for violations of Pepperdine's Standards of Conduct (for disruption or obstruction of teaching, research, administration, or other University activities, and for dishonesty). The Student Disciplinary Committee found that she falsely accused the Director of Career Center of making disparaging, misleading, and untrue comments, that she falsely accused a proctor of heckling female students during a midterm, and that she falsely accused several faculty members of making derogatory and harassing comments about her. Following the Student Disciplinary Committee hearing, Plaintiff was suspended from February 27, 2024 through January 1, 2025. As part of her sanctions, Pepperdine also informed Plaintiff that before being readmitted, she would need to obtain a psychological evaluation by a licensed psychologist or psychiatrist to determine if there were contributing factors to the incidents that precipitated her suspension and develop an appropriate treatment plan. A true and correct copy of the February 27, 2024 letter from Pepperdine to Plaintiff outlining its findings and her discipline is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of January 2025, at Malibu, California.

_____

SHARON BEARD

2

EXHIBIT A

Exhibit A page 3

PEP000614



PEP000615



PEP000616



PEP000617



Exhibit A page 7

PEP000618