1  Kira Howell
2  Kira.howell8@yahoo.com
3  █████████
4  Calabasas, CA 91302
5  █████████
6  Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRA HOWELL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PEPPERDINE UNIVERSITY,<br><br>　　　　　　Defendant. | Case No.: 2:24-CV-06332-WLH-RAO<br><br>**PLAINTIFF KIRA HOWELL'S NOTICE OF MOTION AND MOTION SEEKING LEAVE TO AMEND HER SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 15 AND 20**<br><br>**Hearing Date:** February 14, 2025<br><br>**Hearing Time:** 1:30 PM<br><br>**Judge:** Wesley L. Hsu<br><br>**Place:** Courtroom 9B |

**TO THE HONORABLE COURT AND ALL PARTIES:**

　　PLEASE TAKE NOTICE that Plaintiff Kira Howell seeks to MOVE the Court to grant leave to amend her Second Amended Complaint to add parties Jason Jarvis and Sharon Beard, and to add the cause of action of Defamation. This matter may be heard in

-2-

the above-entitled Court located at First Street Courthouse, 350 W. 1st Street, Courtroom 9B, 9th Floor, Los Angeles, CA 90012, upon Court's demand.

| Page and Line Number | Proposed Change |
|---|---|
| P.1, line 2 | Changed address |
| p.1, line 12 | Changed SECOND to THIRD |
| p.1, line 15 | Added SHARON BEARD; JASON JARVIS |
| P. 2, line 3 | Changed address |
| p. 2, line 8 | Added entire Paragraph 5 "Jason Jarvis is sued in his individual and official capacity as Associate Dean for Academic Affairs." |
| p. 2, line 9 | Added entire paragraph 6 "Sharon Beard is sued in her individual and official capacity as Dean of Students of Pepperdine University." |
| p. 7, lines 11-17 | Changed spelling to "Snyder," added "AP," added "[a]n unidentified male [] loudly" |
| p. 11, line 10-20 | Added most of paragraph 79 "on August 29, 2023," "publicly chastised her for covering up her rear end as she walked out of the classroom. She also reported" "but that his hand was in her periphery, she did not know if he made a gun or if he just appeared to, and she blamed Stipanowich more than Weitzman because she felt he was just doing what the podium wanted. DPS report states they felt it was more properly handled via a |

| | |
|---|---|
| | grievance and not through them. Plaintiff was never apprised of the grievance procedure." |
| p. 11, line 21 | Added most of paragraph 82 "On September 26, 2023" "on page 329. Plaintiff emailed Richards to report it and emailed Joyce to remove consent from her having access to Plaintiff's professional life and to tell her to stop making discriminatory comments about her publicly. KH000118-25. 000008-11." |
| p. 12, line 14 | Added entire paragraph 87 "On October 21, 2023, Britney Summerville-Brannon emailed Plaintiff to offer Title IX protection and support. 000012." |
| p. 21, lines 10-18 | Added entire paragraphs 156-158 "Within hours, Plaintiff received an email stating she had been restricted from her classes. On February 13, 2023, Plaintiff emailed Provost Jay Brewster and stated the restriction letter contained "no facts. There [was] not a single fact I can answer to." On February 14, 2024, Brewster's response stated no such facts or reason for restricting Plaintiff and instead merely stated the school needed to investigate the matter." |
| p. 24, line 28; p.26-p.29, line 2 | Added entire section "Pervasive Discrimination From Jason Jarvis |
| p. 29, line 4-7 | Added words: DELIBERATE INDIFFERENCE TO PERVASIVE DISCRIMINATION, STALKING, AND |

-2-

| | PROTECTED OPPOSITION TO SEXUAL HARASSMENT |
|---|---|
| p. 31, line 12 | Added words "all other paragraphs" |
| p. 34, line 13-17 | Added "Further, Defendant acted with deliberate indifference when Jarvis and Gash colluded to ignore reports of McDonald's actions and facilitated unlawful retaliation against her." |
| p. 40, line 18 | Added words "all other paragraphs" |
| p. 42, line 3-7 | Added entire paragraph 232-233 |
| p. 43, line 18 | Changed IV to III |
| p. 44, line 23 | Added word "disclosed" |
| p. 43, lines 6-7; 27-28<br>p. 44, lines 1-5 | Added words "and both Joyce and Plaintiff are on the written record denying this ever occurred" and "Plaintiff was protected from retaliation for anything involving Moss, as evidenced in Title IX's offer of support. Plaintiff is protected from opposing Joyce's instigating and damaging actions directly under Title IX as well. Further, the sanctions for telling Joyce to leave her alone occurred only in retaliation for reporting McDonald and telling him to stop." |
| p. 46, line 6-7 | Changed V to IV, added "all other paragraphs" |
| p. 44-45, line 25-line 12 | Added entire paragraph 249 |
| p. 47, line 20-25 | Added "Disclosed and discovered evidence, including cited emails, prove retaliation for reporting this event to Nelson, and with an intentional focus on blaming Plaintiff when even Amana's supervisor, Nelson, |

| | |
|---|---|
| | deemed it appropriate and normal to run it by her. School policy allowed it as well. |
| p. 48, line 11 | Added words "all other paragraphs" |
| p. 49, line 18 | Added words "all other paragraphs contained herein" |
| p. 51, line 26 | Added words "all other paragraphs" |
| p. 52, line 3 | Added words "or investigate" |
| p. 51, line 27-28 | Changed IX to VIII, added "all other paragraphs" |
| p. 53, line 6-7 | Changed X to IX, added "all other paragraphs" |
| p. 55, line 13 | Added Entire Count X |
| p. 71, line 11 | Added entire Count XI |
| p. 71, line 1, 5-6 | Prayer For Relief added, "damage to her reputation" and "denying equal access to education against . . .or any other student ever." |
| p. 71, line 11 | "ENTER JUDGMENT holding Sharon Beard liable to Plaintiff for damages totaling $5,000,000.00 (five million dollars)" |
| p. 71, line 13 | "ENTER JUDGMENT holding Jason Jarvis liable to Plaintiff for damages totaling $5,000,000.00 (five million dollars)" |
| p. 71, line 24-26 | Changed address |

This motion is based upon the following documents:

1  Memorandum of Points and Authorities, Proposed Order, Redlined Appendix, the
2  complete files and records of this action, and upon such oral and documentary evidence
3  as may be allowed at the hearing of this application.
4      Pursuant L.R. 7-3, Plaintiff conferred with Defendant. On January 13, 2025,
5  Defendant advised it would not stipulate to amending.

7  DATED: January 16, 2025

8                                                    By:  */s/Kira Howell*
9                                                            Kira Howell
10                                                           Plaintiff in Pro Per

**PROOF OF SERVICE**

I, Kira Howell, declare I served the foregoing documents by filing it with the Court's CM/ECF electronic filing system.

NOTICE of motion and MOTION seeking leave to amend Plaintiff's Second Amended Complaint

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2025 at Los Angeles, CA.

/s/ Kira Howell
Kira Howell