Kira Howell

Kira.howell8@yahoo.com

█████████

Calabasas, CA 91302

█████████

Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRA HOWELL,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PEPPERDINE UNIVERSITY,<br><br>　　　　　　　　Defendant. | Case No.: 2:24-CV-06332-WLH-RAO<br><br>**PLAINTIFF'S DECLARATION IN SUPPORT OF HER REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO AMEND THE SECOND AMENDED COMPLAINT**<br><br>**Hearing Date: February 14, 2025**<br><br>**Hearing Time: 1:30 PM**<br><br>**Judge: Hon. Wesley L. Hsu**<br><br>**Place: Courtroom 9B** |

The following declaration supports Plaintiff's Application for Preliminary Injunctive Relief to return to her education either in person or remotely beginning immediately.

1. I am a pro se Plaintiff in this litigation. I matriculated at Pepperdine Caruso School of Law in May 2023.

1

2. On or around September 2023, a female student sitting in the front row of Contracts class turned towards the back of the room and said loudly something almost verbatim to, "let's be honest, we all know this [harassment] is happening [to you], but this is how we all get ahead."

3. To add clarity and to refute Defendant's numerous untrue assertions, when I was in class in Summer 2023 discussing how hard it was to get through an assignment where we had to write about our emotions after watching a violent video, a male student said he could sympathize with Mengele and understood why he did what he did. I immediately rebuked this statement, said I could never sympathize with Mengele and he shouldn't feel like he had to reach that conclusion either. That was the end of the conversation. I am adamant that it is irresponsible not to denounce Mengele and the Nazi party every time it comes up.

4. The male student who mischaracterized this interaction also took class time to tell us he grew up with Ben Shapiro, said he hated Shapiro, thought Shapiro was a fake, and did not think he should have achieved the success he has achieved. He then reveled in his own "extremely good" LSAT score, as if it somehow countered Shapiro's massive entrepreneurial success. As an aside, I am a longtime fan of Ben Shapiro. I even wrote in my own personal notes at the time he said this "most attractive men in the world - Ben Shapiro" as an internal response to this student's behavior. Whatever this guy liked, I reflexively abhorred. Nonetheless, for some

reason the comment he made was tone deaf. It wasn't a smart attempt to promote discourse or neutralize differences, like say, Ben Shapiro would do. I was asked to be kind to him and show him mercy because he was self-admittedly very emotionally unstable. Jarvis and the University then used this against me behind my back for months. It is this male student who lied about murdered snails. My brief friendly email to him was after he asked to be included and his response is not honest, at the least.

5. Defendant has accused me of not having "any" discussions when I stated I only spoke in class for 1-5 minutes each. Then it accused me of speaking at all when it was convenient to their fraudulent narrative.

I declare under penalty of perjury this statement is true.

Dated: January 26, 2025          By: /s/Kira Howell

                                                    Kira Howell

                                                    Plaintiff In Pro Per