# PEPPERDINE UNIVERSITY
## Department of Public Safety
### MISCELLANEOUS SERVICE REPORT

**24255 Pacific Coast Hwy MALIBU, CA 90263**

PHONE: 310-506-4700  FAX: 310-506-4788

| LOCATION OF OCCURRENCE / ADDRESS | DATE / TIME REPORTED | CASE NO |
|---|---|---|
| CARUSO SCHOOL OF LAW / CLASSROOM B, 24255 PACIFIC COAST HIWY CA | 08/30/2023 06 45 | 23-00598 |

| CODE SECTION | CRIME DESCRIPTION | CLASSIFICATION | LOSS | RECOVERY |
|---|---|---|---|---|
| | INFORMATION ONLY | INFORMATION | 0.00 | 0.00 |

| FROM: DATE/TIME | TO: DATE/TIME | APPROVED | CASE STATUS | RELATED AGENCY | RELATED AGENCY NUMBER |
|---|---|---|---|---|---|
| 08/29/2023 14:45 | 08/29/2023 15:00 | YES | CLOSED | | |

**ITEMS IN REPORT**
- ☐ SUPPLEMENT
- ☐ PICTURE/IMAGE
- ☐ FOLLOW UP
- ☐ PROPERTY/EVIDENCE

**CATEGORIES**
- ☐ *INV PRIORITY 1 (STANDARD)
- ☐ *INV PRIORITY 2 (ASSIGNED INVESTIGATION)
- ☐ ALCOHOL RELATED
- ☐ TRAFFIC RELATED
- ☐ DRUGS INVOLVED
- ☐ GROUP INVOLVED
- ☐ WEAPON INVOLVED
- ☐ ARREST OCCURED
- ☐ DOMESTIC VIOLENCE
- ☐ SENIOR CITIZEN

| INV | NAME | SUFFIX | RACE | ETHNICITY | SEX | GENDER | AGE | DOB | HT | WT | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P1 | STIPANOWICH, THOMAS | | W | N | M | | 70 | 10/05/1952 | | | | |

| DRIVER'S LIC NO | STUDENT ID | TYPE | SSN |
|---|---|---|---|
| D9979527 CA | | FACULTY | |

**EMAIL**: THOMAS STIPANOWICH@PEPPERDINE EDU

| INV | NAME | SUFFIX | RACE | ETHNICITY | SEX | GENDER | AGE | DOB | HT | WT | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RP | HOWELL, KIRA | | W | N | F | | 46 | 06/09/1977 | | | | |

| DRIVER'S LIC. NO. | STUDENT ID | TYPE | SSN |
|---|---|---|---|
| | 100932425 | STUDENT | |

| ADDRESS TYPE | STREET NUMBER | STREET NAME | SUITE NUMBER | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| HOME | 5269 | COLODNY DRIVE | A11 | Agoura Hills | CA | 91301 |

**PHONES**
MOBILE: 612-412-3472

**SYNOPSIS**

PUBLIC SAFETY RECEIVED A REPORT OF A STUDENT WHO WAS IN DISTRESS IN REGARDS TO THE ACTIONS OF ANOTHER STUDENT. AN OFFICER WAS DISPATCHED TO TAKE A REPORT.

**NARRATIVE**

On 8/30/23 at approximately 0630 hours, I was advised by Dispatcher Calles of a Pepperdine female student by the name of Kira Howell who alleged a School of Law Professor was Harassing/Bullying her during class. I notified the Public Safety Administrator on Duty Assistant Director Ariel Sarreal via phone. I further advised I would be contacting Pepperdine Student Kira Howell to get further information regarding the situation.

At approximately 0827 hours, I made contact with Ms. Kira Howell via phone. During the conversation Ms. Howell advised me that Professor Tom Spanowich was harassing her and was making inappropriate comments. Ms. Howell further stated the Professor made the statement of Law Enforcement taking his side due to being a faculty.

| REPORTING OFFICER | APPROVED BY | APPROVAL DATE AND TIME |
|---|---|---|
| GLADIN, JAIME | DUNN, MATTHEW | 08/31/2023 11:45 |

| | PRINT DATE AND TIME | PRINTED BY | PAGE NO |
|---|---|---|---|
| | 02/07/2024 09 42 | ARIEL SARREAL | PEP000547 |

**PEPPERDINE UNIVERSITY**
Department of Public Safety
MISCELLANEOUS SERVICE REPORT
24255 Pacific Coast Hwy MALIBU, CA 90263

PHONE: 310-506-4700                                    FAX: 310-506-4788

| LOCATION OF OCCURRENCE / ADDRESS | DATE / TIME REPORTED | CASE NO |
|---|---|---|
| CARUSO SCHOOL OF LAW / CLASSROOM B, 24255 PACIFIC COAST HIWY CA | 08/30/2023 06 45 | 23-00598 |

I confirmed that Ms. Howell would be coming to the Public Safety Office today at 1245 hours to provide me with an interview to get further details. Ms. Howell confirmed she would be at the Public Safety Office a t that time.

At approximately 1248 hours, Ms. Howell arrived at the Public Safety Office. Investigator Matthew Dunn and I met with Pepperdine Student Kira Howell in room 179. Both Matthew Dunn and I introduced ourselves.

Investigator Dunn advised Ms. Howell the interview would be private by not confidential and would be disclosed with Pepperdine Stake holders. Ms. Howell stated she understood.

Ms. Howell confirmed she was a Pepperdine First Year Law student who started in May 2023. Ms. Howell confirmed the class she is attending is a contracts class with Professor Stipanowich. Ms. Howell stated the incident took place between the hours of 1445 hours and 1500 hours.

Ms. Howell starts of by pointing out a Pepperdine student who attends the same class who sits two seats next her in class. She does not know his name but described him as a white male, in his mid-twenties, approximately six foot, about two hundred fifty pounds with light brown or red hair. has facial hair (goatee).

When asked what lead to the incident Ms. Howell was not able to answer the question but began to point out that Professor Stipanowich had paid a lot of attention towards her in an inappropriate way but could not specify what that was. Ms. Howell indicated it was in a hostile and angry way but could not provide any examples of the demeanor other than state the tone of his voice. Ms. Howell continuously repeated how it made her feel but could not explain why she felt that way other than tension in the room.

Ms. Howell went on to say Professor Stipanowich made comments about her live arrangement but could only give the example of him saying "And you live there" but could not provide further comments of what he stated. Ms. Howell claims Professor Stipanowich knows her neighbor but could not confirm the statement.

Ms. Howell claims Professor Stipanowich referred to her as a "Cougar" in front of the entire class. Ms. Howell also alleged Professor Stipanowich made comments about her rear end in front of the entire class on several occasions with the most resent time being yesterday (8/29/23).

When asked what Professor Stipanowich said, Ms. Howell stated he made two comments. The first comment being "It drives me insane when a women put their hands over her butt." When asked to clarify the part about women covering her butt. She stated it was inferred his comment. When asked again what Professor Stipanowich said about her butt Ms. Howell stated the professor only stated "It drivers me insane". When asked

| REPORTING OFFICER | APPROVED BY | APPROVAL DATE AND TIME | | |
|---|---|---|---|---|
| GLADIN, JAIME | DUNN, MATTHEW | 08/31/2023 11:45 | | |
| | | PRINT DATE AND TIME | PRINTED BY | PAGE NO |
| | | 02/07/2024 09 42 | ARIEL SARREAL | PEP000548 |

**PEPPERDINE UNIVERSITY**
Department of Public Safety

**MISCELLANEOUS SERVICE REPORT**

24255 Pacific Coast Hwy MALIBU, CA 90263

PHONE: 310-506-4700                                                                                     FAX: 310-506-4788

| LOCATION OF OCCURRENCE / ADDRESS | DATE / TIME REPORTED | CASE NO |
|---|---|---|
| CARUSO SCHOOL OF LAW / CLASSROOM B, 24255 PACIFIC COAST HIWY CA | 08/30/2023 06 45 | 23-00598 |

what drives him insane, Ms. Howell stated she does not know. When asked if she associated Professor Stipanowich's comment to her physical appearance? Ms. Howell stated "Yes." When asked what was going on in the classroom at the time Professor Stipanowich made the comment about her butt, she stated she got up from her seat during the class and exited the room. When she returned, 30 seconds later, she walked to her seat and heard the Professor say "It drives me insane." She inferred his comment to be directed toward her and her physical appearance.

We then questioned Ms. Howell about the unknown male student that made a hand gesture. Ms. Howell began speaking Professor Stipanowich's comments and how he was "hyper focuses on her in a very obsessive way that it makes her uncomfortable. Ms. Howell further stated she did not know what Professor Stipanowich was speaking about at the time but then noticed the male student, seated two seats to her left, made a head-nod gesture toward the professor.

To clarify Ms. Howell was asked during the time Professor Stipanowich made the disparaging remark about her living conditions and the student made a hand gesture? Ms. Howell stated "Yes." When asked to describe the hand gesture Ms. Howell stated she was not looking in the other student's direction but seen him through her peripheral vision. When asked if it was one or two fingers with the thumb up, Ms. Howell stated she did not know but is sure his thumb was up. Ms. Howell assures it was a hand gesture of a gun with the thumb up. Ms. Howell further stated the student pointed the gesture at her while he was looking directly at her then made a head-nod gestured at the professor. When asked if she had looked at the student Ms. Howell stated she never looked at him because she had froze. She only saw him from her peripheral view.

I then advised Ms Howell I would provide her with the grievance procedures an on how to file. I asked her if she had any questions or if we did not cover anything. Ms. Howell stated she did not. I thanked Ms. Howell and provided her with Investigator Matthew Dunn's business card which contained the report number of the incident.

Public Safety Administrators Director Rob McKelvy and Assistant Director Ariel Sarreal were advised of the incident.

| REPORTING OFFICER | APPROVED BY | APPROVAL DATE AND TIME |
|---|---|---|
| GLADIN, JAIME | DUNN, MATTHEW | 08/31/2023 11:45 |

| | PRINT DATE AND TIME | PRINTED BY | PAGE NO |
|---|---|---|---|
| | 02/07/2024 09 42 | ARIEL SARREAL | PEP000549 |