

Kira Howell 'student' <kira.howell@pepperdine.edu>

---

## Criminal Law Midterm

**Stacey Nelson** <stacey.nelson@pepperdine.edu>     Sun, Nov 5, 2023 at 5:08 PM
To: Kira Howell 'student' <kira.howell@pepperdine.edu>
Cc: Jason Jarvis <jason.jarvis@pepperdine.edu>

Thank you for your response, Kira.

Yes, I was out of the office on Friday and someone from my team sent out an e-mail informing students that Professor Graffy's exam could be requested by e-mailing their Midterm Exam ID Number to our lawfacultysupport@pepperdine.edu e-mail address. We had a similar e-mail go out for another criminal law class earlier in the week, and I appreciate your confirmation that it was Professor Graffy's exam. I have attached your feedback to this e-mail and appreciate your patience awaiting your exam.

I appreciate the feedback you provided concerning the proctor of your exam. My team is given a precise amount of time to proctor exams for students, particularly midterm exams that must start on time and conclude before the end of your scheduled class period. With a large 1L class, it is difficult to get exams started on-time, particularly when there are two parts to the exam to be distributed and collected separately, one after the other. This certainly does not excuse any behavior you or your classmates felt was inappropriate or unprofessional, and I will be sure to follow-up with him about it so that it doesn't happen again.

Thank you, again, for your patience and for reporting your concerns to my attention.

Sincerely,



**Stacey Nelson**
Senior Director
Faculty and Instructional Support
Caruso School of Law

**o:** 310.506.6030

[Quoted text hidden]

📄 **5805-CriminalLaw-(Graffy)-Midterm-Fall23_202310051416.rtf**
60K