1  Kira Howell
2  Kira.howell8@yahoo.com
3  ███████████
4  Calabasas, CA 91302
5  ███████████
6  Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KIRA HOWELL, | Case No.: 2:24-CV-06332-WLH-RAO |
|---|---|
| Plaintiff, | **PLAINTIFF KIRA HOWELL'S REQUEST TO APPEAR REMOTELY FOR HEARING ON MOTION TO AMEND THE SECOND AMENDED COMPLAINT ON FEBRUARY 14, 2025** |
| v. | |
| PEPPERDINE UNIVERSITY, | |
| Defendant. | |
| | **Hearing Date:** February 14, 2025 |
| | **Hearing Time:** 1:30 PM |
| | **Judge:** Hon. Wesley L. Hsu |
| | **Place:** Courtroom 9B |

**TO THE HONORABLE COURT AND ALL PARTIES:**

　　PLEASE TAKE NOTICE that on February 3, 2025, Plaintiff Kira Howell filed this REQUEST for parties to appear remotely for hearing on February 14, 2025 pursuant

-2-

1. Federal Rule of Civil Procedure Rule 43. A Declaration, Joint Stipulation, and Proposed Order accompany this Request.

DATED: February 3, 2025

By: /s/Kira Howell
Kira Howell
Plaintiff in Pro Per

## PROOF OF SERVICE

I, Kira Howell, declare I served this document by filing them with the Court's CM/ECF electronic filing system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2025.

<u>/s/ Kira Howell</u>
Kira Howell