UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-06332-WLH-RAO | Date | February 7, 2025 |
|---|---|---|---|
| Title | *Kira Howell v. Pepperdine University* | | |

Present: The Honorable **WESLEY L. HSU, United States District Judge**

| Holidae Crawford | None |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:
None  None

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S APPLICATIONS FOR LEAVE TO FILE UNDER SEAL [58, 59, 64-68]**

The Court is in receipt of Plaintiff's Applications for Leave to File Under Seal, as well as several other documents of unclear origin. (Docket Nos. 58, 59, 64-68). As currently filed, the Court is unable to discern which documents pertain to which application or whether Plaintiff has complied with the Local Rules and the Court's Standing Orders. *See* L.R. 79-5; (Standing Orders, Docket No. 13 at 7-8). Though the Court has attempted to make sense of the filings, it is unable to proceed with the Applications as filed. Accordingly, the Court orders the Applications and documents **STRICKEN**. (Docket Nos. 58, 59, 64-68). Should Plaintiff wish to refile her Application for Leave to File Under Seal, the Court **ORDERS** Plaintiff to refile a *single* application with a *single* supporting declaration, all documents clearly labeled and a clear statement of which motion each document sought to be filed under seal relates. The Court encourages Plaintiff to attend the *pro se* clinic to provide support with any application.