KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@psemploymentlaw.com
PUNEET K. SANDHU (State Bar No. 254726)
psandhu@psemploymentlaw.com
JOSEPH V. MARRA III (State Bar No. 238181)
jmarra@psemploymentlaw.com
PAZZANI & SANDHU LLP
700 N. Central Avenue, Suite 460
Glendale, CA 91203
Telephone:(213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendants
PEPPERDINE UNIVERSITY,
SHARON BEARD AND JASON JARVIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRA HOWELL,<br><br>Plaintiff,<br><br>v.<br><br>PEPPERDINE UNIVERSITY, *et al.*,<br><br>Defendants. | Case No.  2:24-CV-06332-WLH-RAO<br><br>The Honorable Wesley L. Hsu<br><br>**DEFENDANT PEPPERDINE UNIVERSITY'S NOTICE OF MOTION AND MOTION TO DISMISS COUNT X CONTAINED IN PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. PRO. 12(b)(6)**<br><br>DATE:     March 28, 2025<br>TIME:      1:30 p.m.<br>JUDGE:   Hon. Wesley L. Hsu<br>CTRM:    9B |

**TO THE COURT AND TO PLAINTIFF KIRA HOWELL:**

**PLEASE TAKE NOTICE** that on March 28, 2025, at 1:30 p.m., before the Honorable Wesley L. Hsu, in Courtroom 9B of the United States Courthouse for the Central District of California, 350 West 1st Street, 9th Floor, Los Angeles, CA 90012, Defendant PEPPERDINE UNIVERSITY will and hereby does move this Court for an order dismissing Count X (for Defamation) against Pepperdine University) from Plaintiff, Kira Howell's ("Plaintiff") Third Amended Complaint ("TAC").

This Motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that:

1. Count X fails to state a claim upon which relief can be granted because Plaintiff fails to sufficiently allege that the alleged defamatory statements were published;

2. Count X fails to state a claim upon which relief can be granted because the alleged defamatory statements are protected by the common interest privilege and Plaintiff does not sufficiently allege malice;

3. Count X fails to state a claim upon which relief can be granted because at least one of the alleged defamatory statements is unactionable opinion, not a statement of fact;

4. Count X fails to state a claim upon which relief can be granted because Plaintiff fails to sufficiently allege that several of the alleged defamatory statements were false; and

5. Count X fails to state a claim upon which relief can be granted because several of the alleged defamatory statements are not "of and concerning" Plaintiff.

This Motion is made following the conference between the parties pursuant to Local Rule 7-3 which took place on February 20, 2025 and through email

2

correspondence. (Declaration of Karen J. Pazzani, ¶ 2.):

On February 18, 2025, counsel for Pepperdine contacted Plaintiff via email to schedule a time to meet and confer regarding Pepperdine's anticipated motion to dismiss. (*Id*.) On February 20, 2025, counsel for Pepperdine met and conferred with Plaintiff via videoconference and discussed deficiencies in Counts X and XI. (*Id*.) On Sunday, February 23, 2025, Plaintiff provided Pepperdine's counsel with a draft Fourth Amended Complaint which addresses some – but not all – of the pleading issues with the Third Amended Complaint. (*Id*.) Between February 24 and February 27, 2025, counsel for Pepperdine exchanged numerous emails with Plaintiff regarding a proposed stipulation to continue Pepperdine's responsive pleading deadline to allow the parties additional time to discuss revisions and a proposed stipulation to allow the filing of the Fourth Amended Complaint. (*Id*.) During this time period, Plaintiff provided Pepperdine's counsel with a further revised version of the Fourth Amended Complaint. (*Id*.) Ultimately, on the afternoon of February 27, 2025, the parties were able to reach a stipulation to allow Plaintiff leave to file a Fourth Amended Complaint. (*Id*.; Dkt. # 74.)

The stipulation to allow Plaintiff leave to file a Fourth Amended Complaint was filed just one day before Pepperdine's deadline to respond to the Third Amended Complaint. Given that the Court has not yet had an opportunity to review and approve the stipulation, in a surfeit of caution, Pepperdine filed this Motion to Dismiss Count X in the Third Amended Complaint, in the event the Court does not enter an order on the stipulation allowing Plaintiff to file a Fourth Amended Complaint. Should the Court enter the order on the stipulation, Pepperdine will withdraw this Motion as moot.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Karen J. Pazzani, and the pleadings and papers filed in this action, and such further argument and matters

1  as may be offered at the time of the hearing of this Motion.

2  DATED: February 28, 2025        KAREN J. PAZZANI
3                                   PAZZANI & SANDHU LLP

5                                   By:  /s/ *Karen J. Pazzani*
6                                        KAREN J. PAZZANI
                                         Attorneys for Defendant
7                                        PEPPERDINE UNIVERSITY