1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRA HOWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEPPERDINE UNIVERSITY,<br><br>　　　　Defendant. | Case No.  2:24-CV-06332-WLH-RAO<br><br>**ORDER RE JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE FOURTH AMENDED COMPLAINT [74]** |

|    |    |
|----|----|
| 1  | The Court, having reviewed the Plaintiff Kira Howell and Defendants Pepperdine University, Sharon Beard, and Jason Jarvis JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE FOURTH AMENDED COMPLAINT (Docket No. 74), and good cause appearing therefor, |

The Court, having reviewed the Plaintiff Kira Howell and Defendants Pepperdine University, Sharon Beard, and Jason Jarvis JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE FOURTH AMENDED COMPLAINT (Docket No. 74), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's Fourth Amended Complaint, attached as Exhibit A to the above-mentioned stipulation (Docket No. 74 at Exh. A), is deemed filed and served on all Defendants as of the date the Court enters this Order. Plaintiff, however, must file the Fourth Amended Complaint as its own separate docket entry.

**IT IS FURTHER ORDERED THAT** those causes of action present in the Third Amended Complaint (Docket No. 71) but omitted from the Fourth Amended Complaint (specifically, [a] Count I for TITLE IX DISCRIMINATION – DELIBERATE INDIFFERENCE TO PERVASIVE DISCRIMINATION, STALKING AND PROTECTED OPPOSITION TO SEXUAL HARASSMENT; [b] Count VI for RALPH ACT VIOLATIONS; [c] Count VII for BANE ACT VIOLATIONS; and [d] Count VIII for CALIFORNIA EDUCATION CODE § 66270 VIOLATIONS) are dismissed without prejudice, and Plaintiff's Count IX – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS is dismissed with prejudice.

**IT IS SO ORDERED**.

Date: 2/28/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE