KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@psemploymentlaw.com
PUNEET K. SANDHU (State Bar No. 254726)
psandhu@psemploymentlaw.com
JOSEPH V. MARRA III (State Bar No. 238181)
jmarra@psemploymentlaw.com
PAZZANI & SANDHU LLP
700 N. Central Avenue, Suite 460
Glendale, CA 91203
Telephone:(213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendants
PEPPERDINE UNIVERSITY,
SHARON BEARD AND JASON JARVIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRA HOWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEPPERDINE UNIVERSITY, *et al.*,<br><br>　　　　Defendants. | Case No.  2:24-CV-06332-WLH-RAO<br><br>The Honorable Wesley L. Hsu<br><br>**DEFENDANT PEPPERDINE UNIVERSITY'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS COUNT X CONTAINED IN PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. PRO. 12(b)(6) [Dkt. # 76]**<br><br>DATE:　　March 28, 2025<br>TIME:　　1:30 p.m.<br>JUDGE:　 Hon. Wesley L. Hsu<br>CTRM:　　9B |

**TO THE COURT AND TO PLAINTIFF KIRA HOWELL:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7-16, Defendant Pepperdine University hereby withdraws its Motion to Dismiss Count X from Plaintiff's Third Amended Complaint (Dkt. # 76) currently set for hearing March 28, 2025. Pepperdine withdraws its motion because the Court has now entered an order (Dkt. # 78) deeming the Fourth Amended Complaint filed and served on all defendants, rendering the motion as to the superseded Third Amended Complaint moot.

DATED: March 4, 2025                KAREN J. PAZZANI
                                    PAZZANI & SANDHU LLP


                                    By:  /s/ Karen J. Pazzani
                                        KAREN J. PAZZANI
                                        Attorneys for Defendant
                                        PEPPERDINE UNIVERSITY