1 | Kira Howell
2 | Kira.howell8@yahoo.com
3 | █████████
4 | ███████████
5 | ████████
6 | Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KIRA HOWELL, | Case No.: 2:24-CV-06332-WLH-RAO |
|---|---|
| Plaintiff, | **PLAINTIFF KIRA HOWELL'S NOTICE OF AND MOTION TO QUASH DEFENDANTS' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION – LIFESTANCE HEALTH, INC.** |
| v. | |
| PEPPERDINE UNIVERSITY; SHARON BEARD; JASON JARVIS | |
| Defendant. | |

**PLAINTIFF KIRA HOWELL'S NOTICE OF AND MOTION TO QUASH DEFENDANTS' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION – LIFESTANCE HEALTH, INC.**

**Hearing Date:** April 16, 2025

**Hearing Time:** 10:00 AM

**Judge:** HON. ROZELLA A. OLIVER (Wesley L. Hsu)

**Place:** Telephonic/TBD

**TO THE HONORABLE COURT AND ALL PARTIES:**

-2-

PLEASE TAKE NOTICE that Plaintiff Kira Howell MOVES the Court to Quash Defendants' Subpoena for inspection of medical records from LifeStance.  This matter may be heard in the above-entitled Court either telephonically or located at First Street Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, upon Court's demand.

This Motion is based upon the following documents:
Memorandum of Points and Authorities and a Declaration, along with attached Defendants' Notice of intent to Issue Subpoena attached as Exhibit A.

Plaintiff received Defendants' Notice of Intent to Issue Subpoena via email on March 5, 2025, seven (7) hours prior to the date Defendants' state they intend to issue said subpoena and one business day ahead of parties' scheduled meet and confer on all pending discovery issues, as required by both L.R. 7-3 and Judge Oliver's standing protocols.

DATED: March 6, 2025

By:    _/s/ Kira Howell_

Kira Howell

Plaintiff in Pro Per

**PROOF OF SERVICE**

I, Kira Howell, declare I served the following documents on all interested parties by filing them through the Court's CM/ECF electronic filing system:

**NOTICE OF AND MOTION TO QUASH DEFENDANTS' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION – LIFESTANCE HEALTH, INC.**

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH DEFENDANTS' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION – LIFESTANCE HEALTH, INC.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2025 at Los Angeles, CA.

By: /s/ Kira Howell

Kira Howell