EXHIBIT 1

Type text here

KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@psemploymentlaw.com
PUNEET K. SANDHU (State Bar No. 254726)
psandhu@psemploymentlaw.com
JOSEPH V. MARRA III (State Bar No. 238181)
jmarra@psemploymentlaw.com
PAZZANI & SANDHU LLP
700 N. Central Avenue, Suite 460
Glendale, CA 91203
Telephone:(213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendant
PEPPERDINE UNIVERSITY

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRA HOWELL,<br><br>      Plaintiff,<br><br>  v.<br><br>PEPPERDINE UNIVERSITY,<br><br>      Defendant. | Case No.  2:24-CV-06332-WLH-RAO<br><br>**DEFENDANT PEPPERDINE UNIVERSITY'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)** |

PROPOUNDING PARTY:   Plaintiff, Kira Howell

RESPONDING PARTY:   Defendant, Pepperdine University

SET NUMBER:   One

Exhibit 1, Page 5

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

**TO PLAINTIFF KIRA HOWELL:**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Pepperdine University ("Pepperdine" or "Defendant") hereby objects and responds to Plaintiff Kira Howell's ("Plaintiff") Request for Production of Documents, Set No. One ("Request" or "Requests").

<u>**PRELIMINARY STATEMENT AND GENERAL OBJECTIONS**</u>

1.      PEPPERDINE has not completed its investigation or analysis of the facts relating to this action and has not yet completed preparation for trial. Accordingly, the following objections and responses are given without prejudice to PEPPERDINE's right to produce, disclose, or use, at a later date, subsequently discovered evidence. PEPPERDINE further reserves the right to amend or supplement these responses at any time.

2.      PEPPERDINE objects to each Request to the extent it seeks documents protected by the attorney-client privilege, the attorney work product doctrine, or any other privilege, immunity, or protection available under the law. PEPPERDINE will not produce any documents so protected. PEPPERDINE does not intend by these responses or objections to waive any claim of privilege or immunity.

3.      PEPPERDINE further objects to each Request to the extent that it seeks documents that are equally available to Plaintiff on the grounds of burden and oppression.

4.      PEPPERDINE further objects to each Request to the extent that the Request seeks documents not within PEPPERDINE's possession, custody, or control.

5.      PEPPERDINE further objects to each Request and Plaintiff's INSTRUCTIONS to the extent that they seek to impose on PEPPERDINE any obligation beyond those required by the Federal Rules of Civil Procedure and/or the local rules of this Court, and on the grounds that the documents requested are not

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

Exhibit 1, Page 6

1  relevant to any party's claims or defenses, not relevant to the subject matter of this

2  action, and not proportional to the needs of the case.

3       6.    PEPPERDINE further objects and responds to each Request on the

4  basis of PEPPERDINE's understanding and interpretation of the specific Request.

5  If Plaintiff understands or interprets any of the Requests differently, PEPPERDINE

6  reserves the right to supplement any of these responses, either with additional

7  objections or otherwise.

8       7.    PEPPERDINE shall produce documents in response to these Requests

9  in PDF format.  Defendant's production of documents in response to these Requests

10  shall be completed on or before February 7, 2025.

11       **OBJECTIONS AND RESPONSES TO DOCUMENT REQUESTS**

12  **REQUEST FOR PRODUCTION NO. 1:**

13       Produce all assigned seating charts for Section B Class of 2026 courses.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

15       Defendant objects to this Request on the grounds that it seeks education

16  records that are protected from disclosure pursuant to the Family Educational Rights

17  and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

18  objects to this Request on the grounds that it seeks documents that are not relevant

19  to the subject matter of this action and not proportional to the needs of the case.

20       Based on the foregoing objections, Defendant will not produce documents in

21  response to this Request.

22  **REQUEST FOR PRODUCTION NO. 2:**

23       Produce the video recording of all Ed Larsen Section B Spring 2024 Property

24  lectures, including admissions to any and all edits.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

26       Defendant objects to this Request on the grounds that it seeks education

27  records that are protected from disclosure pursuant to the Family Educational Rights

28

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

Exhibit 1, Page 7

3

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further
2  objects to this Request on the grounds that it seeks documents that are not relevant
3  to the subject matter of this action and not proportional to the needs of the case.
4  Defendant further objects to this Request on the grounds that the phrase "including
5  admissions to any and all edits," is vague and ambiguous, and is a request for
6  admission, rather than a request for production.  Defendant further objects to this
7  Request to the extent that it seeks private, privileged, and confidential commercial
8  and/or proprietary business information.

9      Based on the foregoing objections, Defendant will not produce documents in
10  response to this Request.

11  **REQUEST FOR PRODUCTION NO. 3:**

12      Produce the video recordings of all of Barry McDonald's Spring 2024
13  Constitutional Structure lectures, including admissions to any and all edits.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

15      Defendant objects to this Request on the grounds that it seeks education
16  records that are protected from disclosure pursuant to the Family Educational Rights
17  and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further
18  objects to this Request on the grounds that it seeks documents that are not relevant
19  to the subject matter of this action and not proportional to the needs of the case.
20  Defendant further objects to this Request on the grounds that the phrase "including
21  admissions to any and all edits," is vague and ambiguous, and is a request for
22  admission, rather than a request for production.  Defendant further objects to this
23  Request to the extent that it seeks private, privileged, and confidential commercial
24  and/or proprietary business information.

25      Based on the foregoing objections, Defendant will not produce documents in
26  response to this Request.

27

28

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

**REQUEST FOR PRODUCTION NO. 4:**

Produce all video recordings of the Class of 2026 Orientation Week sessions.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Defendant objects to this Request on the grounds that it seeks education records that are protected from disclosure pursuant to the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further objects to this Request on the grounds that it seeks documents that are not relevant to the subject matter of this action and not proportional to the needs of the case. Defendant further objects to this Request to the extent that it seeks private, privileged, and confidential commercial and/or proprietary business information.

Subject to and without waiving the foregoing objections, Defendant responds: Defendant is not in possession, custody, or control of any responsive documents.

**REQUEST FOR PRODUCTION NO. 5:**

Produce all video recordings of Tom Stipanowich's Fall 2023 Contracts class (LAW 614.B), admitting all edits.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

Defendant objects to this Request on the grounds that it seeks education records that are protected from disclosure pursuant to the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further objects to this Request on the grounds that it seeks documents that are not relevant to the subject matter of this action and not proportional to the needs of the case. Defendant further objects to this Request on the grounds that the phrase "admitting all edits," is vague and ambiguous, and is a request for admission, rather than a request for production.  Defendant further objects to this Request to the extent that it seeks private, privileged, and confidential commercial and/or proprietary business information.

Based on the foregoing objections, Defendant will not produce documents in

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  response to this Request.

2  **REQUEST FOR PRODUCTION NO. 6:**

3       Produce all video recordings of Fall 2023 Professional Formation course

4  (LAW 644.01 F23), admitting all edits.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

6       Defendant objects to this Request on the grounds that it seeks education

7  records that are protected from disclosure pursuant to the Family Educational Rights

8  and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

9  objects to this Request on the grounds that it seeks documents that are not relevant

10  to the subject matter of this action and not proportional to the needs of the case.

11  Defendant further objects to this Request on the grounds that the phrase "admitting

12  all edits," is vague and ambiguous, and is a request for admission, rather than a

13  request for production.  Defendant further objects to this Request to the extent that it

14  seeks private, privileged, and confidential commercial and/or proprietary business

15  information.

16       Based on the foregoing objections, Defendant will not produce documents in

17  response to this Request.

18  **REQUEST FOR PRODUCTION NO. 7:**

19       Produce all video recordings of Colleen Graffy's Criminal Law class for

20  Section B, Class of 2026, admitting all edits.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

22       Defendant objects to this Request on the grounds that it seeks education

23  records that are protected from disclosure pursuant to the Family Educational Rights

24  and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

25  objects to this Request on the grounds that it seeks documents that are not relevant

26  to the subject matter of this action and not proportional to the needs of the case.

27  Defendant further objects to this Request on the grounds that the phrase "admitting

28

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

all edits," is vague and ambiguous, and is a request for admission, rather than a request for production.  Defendant further objects to this Request to the extent that it seeks private, privileged, and confidential commercial and/or proprietary business information.

Based on the foregoing objections, Defendant will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 8:**

Produce all email correspondence between Chalak Richards and Alexis Joyce occurring between May 1, 2023 and December 4, 2024, and including the words "Kira," "Kir," or "Howell".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Defendant objects to this Request on the grounds that it seeks documents that are not relevant to the subject matter of this action and not proportional to the needs of the case.  Defendant further objects to this Request to the extent that it seeks documents that are protected by the attorney-client privilege and/or work product doctrine.

Subject to and without waiving the foregoing objections, Defendant responds: Defendant will produce all non-privileged responsive documents through March 7, 2024.

**REQUEST FOR PRODUCTION NO. 9:**

Produce personnel files for Tom Stipanowich, focusing on prior complaints from students or employees, performance reviews, discrimination trainings, from January 2000 to present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

Defendant objects to this Request on the grounds that it seeks education records that are protected from disclosure pursuant to the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

Exhibit 1, Page 11

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

objects to this Request on the grounds that it seeks documents that are not relevant to the subject matter of this action and not proportional to the needs of the case. Defendant further objects to this Request on the grounds that it seeks information, the disclosure of which would constitute an unwarranted invasion of the affected person's federal and state constitutional, statutory, and common law rights of privacy and confidentiality. Defendant objects to this Request on the grounds that it is overbroad as to time.

Subject to and without waiving the foregoing objections, Defendant responds: Defendant will produce only the documentation showing the human resources training that Tom Stipanowich was assigned by Defendant and completed.

**REQUEST FOR PRODUCTION NO. 10:**

Produce personnel files for Barry McDonald, focusing on prior complaints from students or employees, performance reviews, discrimination trainings, and any references to Plaintiff, from January 2000 to present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

Defendant objects to this Request on the grounds that it seeks education records that are protected from disclosure pursuant to the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99). Defendant further objects to this Request on the grounds that it seeks documents that are not relevant to the subject matter of this action and not proportional to the needs of the case. Defendant further objects to this Request on the grounds that it seeks information, the disclosure of which would constitute an unwarranted invasion of the affected person's federal and state constitutional, statutory, and common law rights of privacy and confidentiality. Defendant objects to this Request on the grounds that it is overbroad as to time.

Subject to and without waiving the foregoing objections, Defendant responds: Defendant will produce only the documentation showing the human resources

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

Exhibit 1, Page 12

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  training that Barry McDonald was assigned by Defendant and completed.

2  **REQUEST FOR PRODUCTION NO. 11:**

3      Produce Zoom record of meeting with Stephanie Williams and Kyle Gillick

4  occurring in February 2024.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

6      Defendant objects to this Request on the grounds that it seeks education

7  records that are protected from disclosure pursuant to the Family Educational Rights

8  and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

9  objects to this Request on the grounds that it seeks documents that are not relevant

10  to the subject matter of this action and not proportional to the needs of the case.

11  Defendant further objects to this Request on the grounds that it seeks information,

12  the disclosure of which would constitute an unwarranted invasion of the affected

13  person's federal and state constitutional, statutory, and common law rights of

14  privacy and confidentiality.

15      Subject to and without waiving the foregoing objections, Defendant responds:

16  Defendant is not in possession, custody, or control of any responsive documents,

17  Zoom record, or Zoom recording.  Defendant located a sign-up genius record for a

18  February 7, 2024 meeting between Plaintiff, Gillick and Williams, and will produce

19  that record.

20  **REQUEST FOR PRODUCTION NO. 12:**

21      Produce <u>all</u> moral character and fitness letters submitted to any Bar

22  association written or signed by Jason Jarvis or Chalak Richards since January 1,

23  2020.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

25      Defendant objects to this Request on the grounds that it seeks education

26  records that are protected from disclosure pursuant to the Family Educational Rights

27  and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

28

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1   objects to this Request on the grounds that it seeks documents that are not relevant

2   to the subject matter of this action and not proportional to the needs of the case.

3   Defendant further objects to this Request on the grounds that it seeks information,

4   the disclosure of which would constitute an unwarranted invasion of the affected

5   person's federal and state constitutional, statutory, and common law rights of

6   privacy and confidentiality.

7       Based on the foregoing objections, Defendant will not produce documents in

8   response to this Request.

9   **REQUEST FOR PRODUCTION NO. 13:**

10      Produce all emails to or from Jason Jarvis mentioning "moral character and

11  fitness," and that involve demands or requirements of students.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

13      Defendant objects to this Request on the grounds that it seeks education

14  records that are protected from disclosure pursuant to the Family Educational Rights

15  and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

16  objects to this Request on the grounds that it seeks documents that are not relevant

17  to the subject matter of this action and not proportional to the needs of the case.

18  Defendant further objects to this Request on the grounds that it seeks information,

19  the disclosure of which would constitute an unwarranted invasion of the affected

20  person's federal and state constitutional, statutory, and common law rights of

21  privacy and confidentiality.  Defendant further objects to this Request on the

22  grounds that it is vague and ambiguous as to the phrase "involve demands or

23  requirements of students."  Defendant further objects to this Request on the grounds

24  that it is vague and overbroad as to time.  Defendant further objects to this Request

25  to the extent that it seeks documents that are protected by the attorney-client

26  privilege and/or work product doctrine.

27      Based on the foregoing objections, Defendant will not produce documents in

28

Exhibit 1, Page 14

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  response to this Request.

2  **REQUEST FOR PRODUCTION NO. 14:**

3  Produce any and all correspondence between Jason Jarvis and Thomas

4  Knudsen or any other General Counsel employee since the beginning of his

5  employment.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

7  Defendant objects to this Request on the grounds that it seeks documents that

8  are protected by the attorney-client privilege and/or work product doctrine.

9  Defendant further objects to this Request on the grounds that it seeks documents that

10  are not relevant to the subject matter of this action and not proportional to the needs

11  of the case.  Defendant further objects to this Request on the grounds that it seeks

12  information, the disclosure of which would constitute an unwarranted invasion of

13  the affected person's federal and state constitutional, statutory, and common law

14  rights of privacy and confidentiality.  Defendant further objects to this Request to

15  the extent that it seeks education records that are protected from disclosure pursuant

16  to the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34

17  CFR Part 99).  Defendant objects to this Request on the grounds that it is overbroad

18  as to time.

19  Based on the foregoing objections, Defendant will not produce documents in

20  response to this Request.

21  **REQUEST FOR PRODUCTION NO. 15:**

22  Produce employment records for Jason Jarvis's wife, Emily A. Jarvis, from

23  January 1, 2020 until present, limited to discrimination claims or informal

24  complaints, evaluations from students, complaints, performance reviews.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

26  Defendant objects to this Request on the grounds that it seeks education

27  records that are protected from disclosure pursuant to the Family Educational Rights

28

Exhibit 1, Page 15

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99). Defendant further

2  objects to this Request on the grounds that it seeks documents that are not relevant

3  to the subject matter of this action and not proportional to the needs of the case.

4  Defendant further objects to this Request on the grounds that it seeks information,

5  the disclosure of which would constitute an unwarranted invasion of the affected

6  person's federal and state constitutional, statutory, and common law rights of

7  privacy and confidentiality.

8      Based on the foregoing objections, Defendant will not produce documents in

9  response to this Request.

10  **REQUEST FOR PRODUCTION NO. 16:**

11      Produce all emails from Jason Jarvis using the words "mental" "mentally"

12  "ill" "mental health" "crazy" occurring since May 2021.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

14      Defendant objects to this Request on the grounds that it seeks documents that

15  are not relevant to the subject matter of this action and not proportional to the needs

16  of the case. Defendant further objects to this Request to the extent that it seeks

17  documents that are protected by the attorney-client privilege and/or work product

18  doctrine.

19      Subject to and without waiving the foregoing objections, Defendant responds:

20  Defendant will produce all non-privileged responsive documents that reference

21  Plaintiff specifically through March 7, 2024.

22  **REQUEST FOR PRODUCTION NO. 17:**

23      Produce all employment records for Jason Jarvis, including all reviews, hiring

24  materials, complaints, salary and tenure specifics, publishing requirements, classes

25  taught.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

27      Defendant objects to this Request to the extent that it seeks education records

28

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  that are protected from disclosure pursuant to the Family Educational Rights and

2  Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

3  objects to this Request on the grounds that it seeks documents that are not relevant

4  to the subject matter of this action and not proportional to the needs of the case.

5  Defendant further objects to this Request on the grounds that it seeks information,

6  the disclosure of which would constitute an unwarranted invasion of the affected

7  person's federal and state constitutional, statutory, and common law rights of

8  privacy and confidentiality.  Defendant further objects to this Request on the

9  grounds that it is overbroad, vague, and ambiguous.  Defendant objects to this

10  Request on the grounds that it is overbroad as to time.

11      Based on the foregoing objections, Defendant will not produce documents in

12  response to this Request.

13  **REQUEST FOR PRODUCTION NO. 18:**

14      Produce all grades for students in Jason Jarvis's classes, including any

15  demographic information (gender, sex, or race information).

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

17      Defendant objects to this Request on the grounds that it seeks education

18  records that are protected from disclosure pursuant to the Family Educational Rights

19  and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

20  objects to this Request on the grounds that it seeks documents that are not relevant

21  to the subject matter of this action and not proportional to the needs of the case.

22  Defendant further objects to this Request on the grounds that it seeks information,

23  the disclosure of which would constitute an unwarranted invasion of the affected

24  person's federal and state constitutional, statutory, and common law rights of

25  privacy and confidentiality.  Defendant further objects to this Request on the

26  grounds that it is overbroad, vague, and ambiguous.  Defendant objects to this

27  Request on the grounds that it is overbroad as to time.

28

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  Based on the foregoing objections, Defendant will not produce documents in

2  response to this Request.

3  **REQUEST FOR PRODUCTION NO. 19:**

4  Produce all syllabi, exams, assignments for all of Jason Jarvis's taught

5  courses.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

7  Defendant objects to this Request on the grounds that it seeks documents that

8  are not relevant to the subject matter of this action and not proportional to the needs

9  of the case.  Defendant further objects to this Request on the grounds that it seeks

10  information, the disclosure of which would constitute an unwarranted invasion of

11  the affected person's federal and state constitutional, statutory, and common law

12  rights of privacy and confidentiality.  Defendant further objects to this Request to

13  the extent that it seeks education records that are protected from disclosure pursuant

14  to the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34

15  CFR Part 99).  Defendant further objects to this Request to the extent that it seeks

16  private, privileged, and confidential commercial and/or proprietary business

17  information.  Defendant further objects to this Request on the grounds that it is

18  overbroad, vague, and ambiguous.  Defendant objects to this Request on the grounds

19  that it is overbroad as to time.

20  Based on the foregoing objections, Defendant will not produce documents in

21  response to this Request.

22  **REQUEST FOR PRODUCTION NO. 20:**

23  Produce all anonymous course evaluations submitted for Jason Jarvis for the

24  duration of his employment.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

26  Defendant objects to this Request on the grounds that it seeks documents that

27  are not relevant to the subject matter of this action and not proportional to the needs

28

Type text here

1  of the case.  Defendant further objects to this Request on the grounds that it seeks

2  information, the disclosure of which would constitute an unwarranted invasion of

3  the affected person's federal and state constitutional, statutory, and common law

4  rights of privacy and confidentiality.  Defendant further objects to this Request on

5  the grounds that it is overbroad, vague, and ambiguous.  Defendant objects to this

6  Request on the grounds that it is overbroad as to time.

7       Based on the foregoing objections, Defendant will not produce documents in

8  response to this Request.

9  **REQUEST FOR PRODUCTION NO. 21:**

10      Produce LRW midterm evaluation from Plaintiff to Stephanie Williams.

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

12      Defendant objects to this request on the grounds that it is vague and

13 ambiguous.

14      Subject to and without waiving the foregoing objections, Defendant responds:

15 Defendant is not in possession, custody, or control of any responsive documents.

16 **REQUEST FOR PRODUCTION NO. 22:**

17      Produce a comprehensive list of all persons whom Defendant will seek

18 declarations related to this litigation and dates they will be available to be

19 discovered.

20 **RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

21      Defendant objects to this Request on the grounds that it seeks documents that

22 are protected by the attorney-client privilege and/or work product doctrine.

23 Defendant further objects to this Request on the grounds that it seeks to require

24 Defendant to create a document, rather than produce a document that otherwise

25 exists.

26      Based on the foregoing objections, Defendant will not produce documents in

27 response to this Request.

28

Exhibit 4 Page 19

15

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

**PAZZANI & SANDHU LLP**
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

**REQUEST FOR PRODUCTION NO. 23:**

Produce any and all declarations relating to this litigation, including all declarations taken since May 2023 to present, that mention Kira Howell and produce dates future declarations will be available to be discovered, if not available now.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

Defendant objects to this Request on the grounds that it seeks documents that are protected by the attorney-client privilege and/or work product doctrine. Defendant further objects to this Request on the grounds that it seeks to require Defendant to create a document, rather than produce a document that otherwise exists. Defendant further objects to this Request on the grounds that the term "declarations" is vague and ambiguous. Defendant objects to this request on the grounds that Plaintiff has equal access to any declarations already filed in this action.

Based on the foregoing objections, Defendant will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 24:**

Produce all reports or complaints of LGBT+ discrimination, including all evidence of investigation and resolution of any sort, whether Title IX or not, made to any Defendant school entity in the past ten (10) years, from 2014-2015 school year to present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

Defendant objects to this Request on the grounds that it seeks documents that are not relevant to the subject matter of this action and not proportional to the needs of the case. Defendant further objects to this Request on the grounds that it seeks information, the disclosure of which would constitute an unwarranted invasion of the affected person's federal and state constitutional, statutory, and common law

Exhibit 1, Page 24

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

rights of privacy and confidentiality.  Defendant further objects to this Request to the extent that it seeks education records that are protected from disclosure pursuant to the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further objects to this Request to the extent that it seeks private, privileged, and confidential commercial and/or proprietary business information.  Defendant further objects to this Request on the grounds that it is overbroad, vague, and ambiguous.  Defendant further objects to this Request to the extent that it seeks documents that are protected by the attorney-client privilege and/or work product doctrine.  Defendant objects to this Request on the grounds that it is overbroad as to time.

Based on the foregoing objections, Defendant will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 25:**

Produce all reports or complaints of sex-based discrimination, including all evidence of investigation and resolution of any sort, whether Title IX or not, made to any Defendant school entity in the past ten (10) years, from 2014-2015 school year to present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

Defendant objects to this Request on the grounds that it seeks documents that are not relevant to the subject matter of this action and not proportional to the needs of the case.  Defendant further objects to this Request on the grounds that it seeks information, the disclosure of which would constitute an unwarranted invasion of the affected person's federal and state constitutional, statutory, and common law rights of privacy and confidentiality.  Defendant further objects to this Request to the extent that it seeks education records that are protected from disclosure pursuant to the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further objects to this Request to the extent that it seeks

Exhibit 1, Page 21

**PAZZANI & SANDHU LLP**
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

private, privileged, and confidential commercial and/or proprietary business information. Defendant further objects to this Request on the grounds that it is overbroad, vague, and ambiguous. Defendant further objects to this Request to the extent that it seeks documents that are protected by the attorney-client privilege and/or work product doctrine. Defendant objects to this Request on the grounds that it is overbroad as to time.

Based on the foregoing objections, Defendant will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 26:**

Produce all reports or complaints of age-based or race-based discrimination, including all evidence of investigation and resolution of any sort, made to any Defendant school entity in the past ten (10) years, from 2014-2015 school year to present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

Defendant objects to this Request on the grounds that it seeks documents that are not relevant to the subject matter of this action and not proportional to the needs of the case. Defendant further objects to this Request on the grounds that it seeks information, the disclosure of which would constitute an unwarranted invasion of the affected person's federal and state constitutional, statutory, and common law rights of privacy and confidentiality. Defendant further objects to this Request to the extent that it seeks education records that are protected from disclosure pursuant to the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99). Defendant further objects to this Request to the extent that it seeks private, privileged, and confidential commercial and/or proprietary business information. Defendant further objects to this Request on the grounds that it is overbroad, vague, and ambiguous. Defendant further objects to this Request to the extent that it seeks documents that are protected by the attorney-client privilege

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  and/or work product doctrine.  Defendant objects to this Request on the grounds that
2  it is overbroad as to time.

3       Based on the foregoing objections, Defendant will not produce documents in
4  response to this Request.

5  **REQUEST FOR PRODUCTION NO. 27:**

6       Produce documentation of all Title IX, including retaliation and
7  discrimination training, required trainings for faculty, staff, and employees of CSOL
8  occurring since January 1, 2020.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

10       Defendant objects to this Request on the grounds that it seeks documents that
11  are not relevant to the subject matter of this action and not proportional to the needs
12  of the case.  Defendant further objects to this Request to the extent that it seeks
13  private, privileged, and confidential commercial and/or proprietary business
14  information of third-parties.  Defendant further objects to this Request on the
15  grounds that it is overbroad, vague, and ambiguous.

16       Based on the foregoing objections, Defendant will not produce documents in
17  response to this Request.

18  **REQUEST FOR PRODUCTION NO. 28:**

19       Produce documentation of all training, certification, etc. regarding Title IX
20  compliance that Sharon Beard has undertaken since January 1, 2018.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

22       Defendant objects to this Request on the grounds that it seeks documents that
23  are not relevant to the subject matter of this action and not proportional to the needs
24  of the case.  Defendant further objects to this Request to the extent that it seeks
25  private, privileged, and confidential commercial and/or proprietary business
26  information of third-parties.  Defendant further objects to this Request on the
27  grounds that it is overbroad, vague, and ambiguous.

28

Exhibit 1, Page 23

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1    Subject to and without waiving the foregoing objections, Defendant responds:

2    Defendant will produce documentation showing the Title IX training that

3    Sharon Beard was provided by Defendant and completed.

4    **REQUEST FOR PRODUCTION NO. 29:**

5    Produce all documentation of all training, certification, etc. regarding Title IX

6    compliance that Ezrah Baker [sic] has undertaken since January 1, 2018.

7    **RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

8    Defendant objects to this Request on the grounds that it seeks documents that

9    are not relevant to the subject matter of this action and not proportional to the needs

10   of the case.  Defendant further objects to this Request to the extent that it seeks

11   private, privileged, and confidential commercial and/or proprietary business

12   information of third-parties.  Defendant further objects to this Request on the

13   grounds that it is overbroad, vague, and ambiguous.  Defendant objects to this

14   Request on the grounds that it erroneously names Ezrah Bryant as Ezrah Baker.

15   Subject to and without waiving the foregoing objections, Defendant responds:

16   Defendant will produce documentation showing the Title IX training that

17   Ezrah Bryant was provided by Defendant and completed.

18   **REQUEST FOR PRODUCTION NO. 30:**

19   Produce documentation of all training, certification, etc., regarding Title IX

20   compliance that Jeff Baker has undertaken since January 1, 2018.

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

22   Defendant objects to this Request on the grounds that it seeks documents that

23   are not relevant to the subject matter of this action and not proportional to the needs

24   of the case.  Defendant further objects to this Request to the extent that it seeks

25   private, privileged, and confidential commercial and/or proprietary business

26   information of third-parties.  Defendant further objects to this Request on the

27   grounds that it is overbroad, vague, and ambiguous.

28

Exhibit 1, Page 24

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1    Subject to and without waiving the foregoing objections, Defendant responds:

2    Defendant will produce documentation showing the Title IX training that Jeff

3    Baker was provided by Defendant and completed.

4    **REQUEST FOR PRODUCTION NO. 31:**

5    Produce documentation of all training, certification, etc., regarding Title IX

6    compliance that Doug Hurley has undertaken since January 1, 2018.

7    **RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

8    Defendant objects to this Request on the grounds that it seeks documents that

9    are not relevant to the subject matter of this action and not proportional to the needs

10   of the case.  Defendant further objects to this Request to the extent that it seeks

11   private, privileged, and confidential commercial and/or proprietary business

12   information of third-parties.  Defendant further objects to this Request on the

13   grounds that it is overbroad, vague, and ambiguous.

14   Subject to and without waiving the foregoing objections, Defendant responds:

15   Defendant will produce documentation showing the Title IX training that

16   Doug Hurley was provided by Defendant and completed.

17   **REQUEST FOR PRODUCTION NO. 32:**

18   Produce documentation of all training, certification, etc., regarding Title IX

19   compliance that Jay Brewster has undertaken since January 1, 2018.

20   **RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

21   Defendant objects to this Request on the grounds that it seeks documents that

22   are not relevant to the subject matter of this action and not proportional to the needs

23   of the case.  Defendant further objects to this Request to the extent that it seeks

24   private, privileged, and confidential commercial and/or proprietary business

25   information of third-parties.  Defendant further objects to this Request on the

26   grounds that it is overbroad, vague, and ambiguous.

27   Subject to and without waiving the foregoing objections, Defendant responds:

28

Exhibit 1, Page 25

21

1    Defendant will produce documentation showing the Title IX training that Jay

2    Brewster was provided by Defendant and completed.

3    **REQUEST FOR PRODUCTION NO. 33:**

4    Produce documentation of all training, certification, etc., regarding Title IX

5    compliance that Jim Baker has undertaken since January 1, 2018.

6    **RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

7    Defendant objects to this Request on the grounds that it seeks documents that

8    are not relevant to the subject matter of this action and not proportional to the needs

9    of the case. Defendant further objects to this Request to the extent that it seeks

10    private, privileged, and confidential commercial and/or proprietary business

11    information of third-parties. Defendant further objects to this Request on the

12    grounds that it is overbroad, vague, and ambiguous.

13    Subject to and without waiving the foregoing objections, Defendant responds:

14    Defendant will produce documentation showing the Title IX training that Jim

15    Baker was provided by Defendant and completed.

16    **REQUEST FOR PRODUCTION NO. 34:**

17    Produce documentation of all training, certification, etc., regarding Title IX

18    compliance that Jason Jarvis has undertaken since January 1, 2018.

19    **RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

20    Defendant objects to this Request on the grounds that it seeks documents that

21    are not relevant to the subject matter of this action and not proportional to the needs

22    of the case. Defendant further objects to this Request to the extent that it seeks

23    private, privileged, and confidential commercial and/or proprietary business

24    information of third-parties. Defendant further objects to this Request on the

25    grounds that it is overbroad, vague, and ambiguous.

26    Subject to and without waiving the foregoing objections, Defendant responds:

27    Defendant will produce only the documentation showing the human resources

28

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1 training that Jason Jarvis was assigned by Defendant and completed.

2 **REQUEST FOR PRODUCTION NO. 35:**

3      Produce documentation of all training, certification, etc., regarding Title IX

4 compliance that Blanche Doe undertook as a student and member of the Student

5 Disciplinary Committee.

6 **RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

7      Defendant objects to this Request on the grounds that it seeks documents that

8 are not relevant to the subject matter of this action and not proportional to the needs

9 of the case.  Defendant further objects to this Request to the extent that it seeks

10 private, privileged, and confidential commercial and/or proprietary business

11 information of third-parties.  Defendant further objects to this Request on the

12 grounds that it is overbroad, vague, and ambiguous.  Defendant further objects to

13 this Request to the extent that it seeks education records that are protected from

14 disclosure pursuant to the Family Educational Rights and Privacy Act (FERPA) (20

15 U.S.C. § 1232g; 34 CFR Part 99).

16      Based on the foregoing objections, Defendant will not produce documents in

17 response to this Request.

18 **REQUEST FOR PRODUCTION NO. 36:**

19      Produce all employment records for Jeff Baker, including student evaluations,

20 performance reviews, complaints, investigations, hiring materials, salary increases

21 (and their basis).

22 **RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

23      Defendant objects to this Request on the grounds that it seeks education

24 records that are protected from disclosure pursuant to the Family Educational Rights

25 and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

26 objects to this Request on the grounds that it seeks documents that are not relevant

27 to the subject matter of this action and not proportional to the needs of the case.

28

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  Defendant further objects to this Request on the grounds that it seeks information,

2  the disclosure of which would constitute an unwarranted invasion of the affected

3  person's federal and state constitutional, statutory, and common law rights of

4  privacy and confidentiality.  Defendant objects to this Request on the grounds that it

5  is overbroad as to time.

6         Subject to and without waiving the foregoing objections, Defendant responds:

7  Defendant will produce only the documentation showing the human resources

8  training that Jeff Baker was assigned by Defendant and completed.

9  DATED:  January 31, 2025          KAREN J. PAZZANI

10                                              PAZZANI & SANDHU LLP

11

12                                     By:   /s/ Karen J. Pazzani

13                                            KAREN J. PAZZANI
                                             Attorneys for Defendant
14                                            PEPPERDINE UNIVERSITY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@psemploymentlaw.com
PUNEET K. SANDHU (State Bar No. 254726)
psandhu@psemploymentlaw.com
JOSEPH V. MARRA III (State Bar No. 238181)
jmarra@psemploymentlaw.com
PAZZANI & SANDHU LLP
700 N. Central Avenue, Suite 460
Glendale, CA 91203
Telephone:(213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendant
PEPPERDINE UNIVERSITY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRA HOWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>PEPPERDINE UNIVERSITY,<br><br>    Defendant. | Case No.  2:24-CV-06332-WLH-RAO<br><br>**DEFENDANT PEPPERDINE UNIVERSITY'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS (SET THREE)** |

PROPOUNDING PARTY:   Plaintiff, Kira Howell

RESPONDING PARTY:    Defendant, Pepperdine University

SET NUMBER:          Three

Exhibit 1, Page 29

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

**TO PLAINTIFF KIRA HOWELL:**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Pepperdine University ("Pepperdine" or "Defendant") hereby objects and responds to Plaintiff Kira Howell's ("Plaintiff") Request for Production of Documents, Set No. Three ("Request" or "Requests").

## PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

1.     PEPPERDINE has not completed its investigation or analysis of the facts relating to this action and has not yet completed preparation for trial. Accordingly, the following objections and responses are given without prejudice to PEPPERDINE's right to produce, disclose, or use, at a later date, subsequently discovered evidence.  PEPPERDINE further reserves the right to amend or supplement these responses at any time.

2.     PEPPERDINE objects to each Request to the extent it seeks documents protected by the attorney-client privilege, the attorney work product doctrine, or any other privilege, immunity, or protection available under the law.  PEPPERDINE will not produce any documents so protected.  PEPPERDINE does not intend by these responses or objections to waive any claim of privilege or immunity.

3.     PEPPERDINE further objects to each Request to the extent that it seeks documents that are equally available to Plaintiff on the grounds of burden and oppression.

4.     PEPPERDINE further objects to each Request to the extent that the Request seeks documents not within PEPPERDINE's possession, custody, or control.

5.     PEPPERDINE further objects to each Request and Plaintiff's INSTRUCTIONS to the extent that they seek to impose on PEPPERDINE any obligation beyond those required by the Federal Rules of Civil Procedure and/or the local rules of this Court, and on the grounds that the documents requested are not

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  relevant to any party's claims or defenses, not relevant to the subject matter of this

2  action, and not proportional to the needs of the case.

3      6.      PEPPERDINE further objects and responds to each Request on the

4  basis of PEPPERDINE's understanding and interpretation of the specific Request.

5  If Plaintiff understands or interprets any of the Requests differently, PEPPERDINE

6  reserves the right to supplement any of these responses, either with additional

7  objections or otherwise.

8      7.      PEPPERDINE shall produce documents in response to these Requests

9  in PDF format.  Defendant's production of documents in response to these Requests

10  shall be completed on or before February 7, 2025.

11      **OBJECTIONS AND RESPONSES TO DOCUMENT REQUESTS**

12  **REQUEST FOR PRODUCTION NO. 38:**

13      Produce all documentation of all Student Disciplinary Committee hearings

14  from January 1, 2018 until present, including charges, charging parties, presiding

15  parties, evidence, details, all correspondence, all video recordings, and all outcomes.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

17      Defendant objects to this Request on the grounds that it seeks education

18  records that are protected from disclosure pursuant to the Family Educational Rights

19  and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

20  objects to this Request on the grounds that it seeks information, the disclosure of

21  which would constitute an unwarranted invasion of the affected person's federal and

22  state constitutional, statutory, and common law rights of privacy and confidentiality.

23  Defendant further objects to this Request on the grounds that it seeks documents that

24  are not relevant to the subject matter of this action and not proportional to the needs

25  of the case.  Defendant further objects to this Request on the grounds that it is

26  overbroad, vague, and ambiguous.  Defendant further objects to this Request to the

27  extent that it seeks documents that are protected by the attorney-client privilege

28

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  and/or work product doctrine.  Defendant objects to this Request on the grounds that
2  it is overbroad as to time.
3      Based on the foregoing objections, Defendant will not produce documents in
4  response to this Request.
5
6  DATED:  January 31, 2025      KAREN J. PAZZANI
                                PAZZANI & SANDHU LLP
7
8
9  By:   /s/ Karen J. Pazzani_____
                                KAREN J. PAZZANI
10                              Attorneys for Defendant
                                PEPPERDINE UNIVERSITY
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 1, Page 32

4

KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@psemploymentlaw.com
PUNEET K. SANDHU (State Bar No. 254726)
psandhu@psemploymentlaw.com
JOSEPH V. MARRA III (State Bar No. 238181)
jmarra@psemploymentlaw.com
PAZZANI & SANDHU LLP
700 N. Central Avenue, Suite 460
Glendale, CA 91203
Telephone:(213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendant
PEPPERDINE UNIVERSITY

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRA HOWELL,<br><br>    Plaintiff,<br><br>   v.<br><br>PEPPERDINE UNIVERSITY,<br><br>    Defendant. | Case No.  2:24-CV-06332-WLH-RAO<br><br>**DEFENDANT PEPPERDINE UNIVERSITY'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS (SET FOUR)** |

PROPOUNDING PARTY:    Plaintiff, Kira Howell

RESPONDING PARTY:     Defendant, Pepperdine University

SET NUMBER:           Four

Exhibit 1, Page 33

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

**TO PLAINTIFF KIRA HOWELL:**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Pepperdine University ("Pepperdine" or "Defendant") hereby objects and responds to Plaintiff Kira Howell's ("Plaintiff") Request for Production of Documents, Set No. Four ("Request" or "Requests").

## PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

1.      PEPPERDINE has not completed its investigation or analysis of the facts relating to this action and has not yet completed preparation for trial. Accordingly, the following objections and responses are given without prejudice to PEPPERDINE's right to produce, disclose, or use, at a later date, subsequently discovered evidence.  PEPPERDINE further reserves the right to amend or supplement these responses at any time.

2.      PEPPERDINE objects to each Request to the extent it seeks documents protected by the attorney-client privilege, the attorney work product doctrine, or any other privilege, immunity, or protection available under the law.  PEPPERDINE will not produce any documents so protected.  PEPPERDINE does not intend by these responses or objections to waive any claim of privilege or immunity.

3.      PEPPERDINE further objects to each Request to the extent that it seeks documents that are equally available to Plaintiff on the grounds of burden and oppression.

4.      PEPPERDINE further objects to each Request to the extent that the Request seeks documents not within PEPPERDINE's possession, custody, or control.

5.      PEPPERDINE further objects to each Request and Plaintiff's INSTRUCTIONS to the extent that they seek to impose on PEPPERDINE any obligation beyond those required by the Federal Rules of Civil Procedure and/or the local rules of this Court, and on the grounds that the documents requested are not

Exhibit 1, Page 34

2

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  relevant to any party's claims or defenses, not relevant to the subject matter of this

2  action, and not proportional to the needs of the case.

3      6.      PEPPERDINE further objects and responds to each Request on the

4  basis of PEPPERDINE's understanding and interpretation of the specific Request.

5  If Plaintiff understands or interprets any of the Requests differently, PEPPERDINE

6  reserves the right to supplement any of these responses, either with additional

7  objections or otherwise.

8      7.      PEPPERDINE shall produce documents in response to these Requests

9  in PDF format.  Defendant's production of documents in response to these Requests

10  shall be completed on or before February 7, 2025.

11    **OBJECTIONS AND RESPONSES TO DOCUMENT REQUESTS**

12  **REQUEST FOR PRODUCTION NO. 39:**

13      Produce all employment records, including hiring materials, performance

14  reviews, tenure and salary information (including raises), bonuses, scope of

15  authority, complaints, investigations, etc., for the duration of and regarding Jim

16  Gash's employment.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

18      Defendant objects to this Request to the extent that it seeks education records

19  that are protected from disclosure pursuant to the Family Educational Rights and

20  Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

21  objects to this Request on the grounds that it seeks documents that are not relevant

22  to the subject matter of this action and not proportional to the needs of the case.

23  Defendant further objects to this Request on the grounds that it seeks information,

24  the disclosure of which would constitute an unwarranted invasion of the affected

25  person's federal and state constitutional, statutory, and common law rights of

26  privacy and confidentiality.  Defendant further objects to this Request on the

27  grounds that it is overbroad, vague, and ambiguous.  Defendant objects to this

28

Exhibit 1, Page 35

1  Request on the grounds that it is overbroad as to time.

2  Based on the foregoing objections, Defendant will not produce documents in

3  response to this Request.

4  **REQUEST FOR PRODUCTION NO. 40:**

5  Produce all documentation of the investigation into Plaintiff's reports of

6  misdemeanor book defacement of her Criminal Law textbook.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

8  Defendant objects to this Request on the grounds that it seeks documents that

9  are not relevant to the subject matter of this action and not proportional to the needs

10  of the case.  Defendant objects to this Request on the grounds that the term

11  "investigation" is vague and ambiguous.  Defendant further objects to this Request

12  to the extent that it seeks documents that are protected by the attorney-client

13  privilege and/or work product doctrine.

14  Subject to and without waiving the foregoing objections, Defendant responds:

15  Defendant will produce all non-privileged responsive documents to the extent not

16  already produced.

17  **REQUEST FOR PRODUCTION NO. 41:**

18  Produce all documentation of investigation into and handling of Plaintiff's

19  reports of Tom Stipanowich's sex-based harassment and discrimination.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

21  Defendant objects to this Request on the grounds that it seeks documents that

22  are not relevant to the subject matter of this action and not proportional to the needs

23  of the case.  Defendant objects to this Request on the grounds that the terms

24  "investigation" and "handling" are vague and ambiguous.  Defendant further objects

25  to this Request to the extent that it seeks documents that are protected by the

26  attorney-client privilege and/or work product doctrine.

27  Subject to and without waiving the foregoing objections, Defendant responds:

28

*PAZZANI & SANDHU LLP*
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

Exhibit 1, Page 36

4

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION FO DOCUMENTS, SET FOUR

1  Defendant will produce all non-privileged responsive documents to the extent not

2  already produced.

3  **REQUEST FOR PRODUCTION NO. 42:**

4      Produce the remaining eight (8) student responses Sharon Beard stated she

5  received during the Student Disciplinary Committee hearings process and in

6  response to her email inquiry.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

8      Defendant objects to this Request to the extent that it seeks education records

9  that are protected from disclosure pursuant to the Family Educational Rights and

10  Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

11  objects to this Request on the grounds that it seeks documents that are not relevant

12  to the subject matter of this action and not proportional to the needs of the case.

13  Defendant further objects to this Request on the grounds that it seeks information,

14  the disclosure of which would constitute an unwarranted invasion of the affected

15  person's federal and state constitutional, statutory, and common law rights of

16  privacy and confidentiality.  Defendant further objects to this Request on the

17  grounds that it is vague and ambiguous.

18      Subject to and without waiving the foregoing objections, Defendant responds:

19  Defendant will produce <u>redacted</u> copies of the responsive documents which protect

20  the identities of the students involved from public disclosure.

21  **REQUEST FOR PRODUCTION NO. 43:**

22      Produce all certifications, trainings, qualifications, and professional licensures

23  for Chalak Richards-Guinses.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

25      Defendant objects to this Request on the grounds that it seeks documents that

26  are not relevant to the subject matter of this action and not proportional to the needs

27  of the case.  Defendant further objects to this Request on the grounds that it seeks

28

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

Exhibit 1, Page 37

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION FO DOCUMENTS, SET FOUR

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  information, the disclosure of which would constitute an unwarranted invasion of

2  the affected person's federal and state constitutional, statutory, and common law

3  rights of privacy and confidentiality.  Defendant further objects to this Request on

4  the grounds that it is overbroad, vague, and ambiguous.  Defendant objects to this

5  Request on the grounds that it is overbroad as to time.

6        Subject to and without waiving the foregoing objections, Defendant responds:

7  Defendant will produce only the resume of Chalak Guinses.

8

9  DATED:  January 31, 2025          KAREN J. PAZZANI
                                      PAZZANI & SANDHU LLP
10

11

12                                    By:  /s/ Karen J. Pazzani
                                           KAREN J. PAZZANI
13                                         Attorneys for Defendant
                                           PEPPERDINE UNIVERSITY
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              Exhibit 1, Page 38

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION FO DOCUMENTS, SET FOUR

1  KAREN J. PAZZANI (State Bar No. 252133)
   kpazzani@psemploymentlaw.com
2  PUNEET K. SANDHU (State Bar No. 254726)
   psandhu@psemploymentlaw.com
3  JOSEPH V. MARRA III (State Bar No. 238181)
   jmarra@psemploymentlaw.com
4
5  PAZZANI & SANDHU LLP
   700 N. Central Avenue, Suite 460
6  Glendale, CA 91203
   Telephone:(213) 362-1860
7  Facsimile: (213) 362-1861
8
9  Attorneys for Defendant
   PEPPERDINE UNIVERSITY
10
11
12              UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA
14
15  KIRA HOWELL,                    Case No.  2:24-CV-06332-WLH-RAO
16       Plaintiff,
17       v.                         **DEFENDANT PEPPERDINE UNIVERSITY'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS (SET FIVE)**
18  PEPPERDINE UNIVERSITY,
19       Defendant.
20
21
22
23
24  PROPOUNDING PARTY:   Plaintiff, Kira Howell
25  RESPONDING PARTY:    Defendant, Pepperdine University
26  SET NUMBER:          Five
27
28
                                              Exhibit 1, Page 39

_DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET FIVE_

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

**TO PLAINTIFF KIRA HOWELL:**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Pepperdine University ("Pepperdine" or "Defendant") hereby objects and responds to Plaintiff Kira Howell's ("Plaintiff") Request for Production of Documents, Set No. Five ("Request" or "Requests").

## PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

1.      PEPPERDINE has not completed its investigation or analysis of the facts relating to this action and has not yet completed preparation for trial. Accordingly, the following objections and responses are given without prejudice to PEPPERDINE's right to produce, disclose, or use, at a later date, subsequently discovered evidence.  PEPPERDINE further reserves the right to amend or supplement these responses at any time.

2.      PEPPERDINE objects to each Request to the extent it seeks documents protected by the attorney-client privilege, the attorney work product doctrine, or any other privilege, immunity, or protection available under the law.  PEPPERDINE will not produce any documents so protected.  PEPPERDINE does not intend by these responses or objections to waive any claim of privilege or immunity.

3.      PEPPERDINE further objects to each Request to the extent that it seeks documents that are equally available to Plaintiff on the grounds of burden and oppression.

4.      PEPPERDINE further objects to each Request to the extent that the Request seeks documents not within PEPPERDINE's possession, custody, or control.

5.      PEPPERDINE further objects to each Request and Plaintiff's INSTRUCTIONS to the extent that they seek to impose on PEPPERDINE any obligation beyond those required by the Federal Rules of Civil Procedure and/or the local rules of this Court, and on the grounds that the documents requested are not

1    relevant to any party's claims or defenses, not relevant to the subject matter of this
2    action, and not proportional to the needs of the case.

3         6.        PEPPERDINE further objects and responds to each Request on the
4    basis of PEPPERDINE's understanding and interpretation of the specific Request.
5    If Plaintiff understands or interprets any of the Requests differently, PEPPERDINE
6    reserves the right to supplement any of these responses, either with additional
7    objections or otherwise.

8         7.        PEPPERDINE shall produce documents in response to these Requests
9    in PDF format.  Defendant's production of documents in response to these Requests
10   shall be completed on or before February 7, 2025.

11        **OBJECTIONS AND RESPONSES TO DOCUMENT REQUESTS**

12   **REQUEST FOR PRODUCTION NO. 44:**

13        Produce all communications or documentation between Nivla Fitzpatrick and
14   any other individual or entity that references Plaintiff, "Kira Howell," "Kira," or
15   "Howell."

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

17        Defendant objects to this Request on the grounds that it seeks documents that
18   are not relevant to the subject matter of this action and not proportional to the needs
19   of the case.  Defendant further objects to this Request to the extent that it seeks
20   documents that are protected by the attorney-client privilege and/or work product
21   doctrine.

22        Subject to and without waiving the foregoing objections, Defendant responds:
23   Defendant will produce all non-privileged responsive documents from the time
24   period May 2023 to March 7, 2024.

25   **REQUEST FOR PRODUCTION NO. 45:**

26        Produce all documentation supporting Jason Jarvis's statements contained in
27   emails purporting Plaintiff is "mentally ill."

28

Exhibit 1, Page 41

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

**RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

Defendant objects to this Request on the grounds that it seeks documents that are not relevant to the subject matter of this action and not proportional to the needs of the case. Defendant further objects to this Request to the extent that it seeks documents that are protected by the attorney-client privilege and/or work product doctrine. Defendant further objects to this Request on the grounds that it is overbroad, vague, and ambiguous.

Subject to and without waiving the foregoing objections, Defendant responds: Defendant will produce all non-privileged responsive documents that reference Plaintiff's mental illness through March 7, 2024 to the extent not already produced.

**REQUEST FOR PRODUCTION NO. 46:**

Produce all certifications, professional licensures, Title IX trainings, etc. for Stephanie Blondell.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

Defendant objects to this Request on the grounds that it seeks documents that are not relevant to the subject matter of this action and not proportional to the needs of the case. Defendant further objects to this Request on the grounds that it seeks information, the disclosure of which would constitute an unwarranted invasion of the affected person's federal and state constitutional, statutory, and common law rights of privacy and confidentiality. Defendant further objects to this Request on the grounds that it is overbroad, vague, and ambiguous. Defendant objects to this Request on the grounds that it is overbroad as to time.

Subject to and without waiving the foregoing objections, Defendant responds: Defendant will produce only the curriculum vitae and the documentation showing the human resources training that Stephanie Blondell was assigned by Defendant and completed.

**REQUEST FOR PRODUCTION NO. 47:**

Produce all employment records, including complaints, performance reviews,

Exhibit 1, Page 42

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET FIVE

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  anonymous student evaluations, salary and tenure decisions for Stephanie Blondell

2  from January 1, 2018 to present.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

4       Defendant objects to this Request to the extent that it seeks education records

5  that are protected from disclosure pursuant to the Family Educational Rights and

6  Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

7  objects to this Request on the grounds that it seeks documents that are not relevant

8  to the subject matter of this action and not proportional to the needs of the case.

9  Defendant further objects to this Request on the grounds that it seeks information,

10  the disclosure of which would constitute an unwarranted invasion of the affected

11  person's federal and state constitutional, statutory, and common law rights of

12  privacy and confidentiality.  Defendant further objects to this Request on the

13  grounds that it is overbroad, vague, and ambiguous.  Defendant objects to this

14  Request on the grounds that it is overbroad as to time.

15       Subject to and without waiving the foregoing objections, Defendant responds:

16       Defendant will produce only the curriculum vitae and the documentation

17  showing the human resources training that Stephanie Blondell was assigned by

18  Defendant and completed.

19  **REQUEST FOR PRODUCTION NO. 48:**

20       Produce all anonymous course evaluations for Betty Snyder for the duration

21  of her employment.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

23       Defendant objects to this Request on the grounds that it seeks documents that

24  are not relevant to the subject matter of this action and not proportional to the needs

25  of the case.  Defendant further objects to this Request on the grounds that it seeks

26  information, the disclosure of which would constitute an unwarranted invasion of

27  the affected person's federal and state constitutional, statutory, and common law

28

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET FIVE

1  rights of privacy and confidentiality.  Defendant further objects to this Request on

2  the grounds that it is overbroad, vague, and ambiguous.  Defendant objects to this

3  Request on the grounds that it is overbroad as to time.

4       Based on the foregoing objections, Defendant will not produce documents in

5  response to this Request.

6

7  DATED:  January 31, 2025        KAREN J. PAZZANI
                                   PAZZANI & SANDHU LLP
8

9

10                                 By:  /s/ Karen J. Pazzani
                                        KAREN J. PAZZANI
11                                      Attorneys for Defendant
                                        PEPPERDINE UNIVERSITY
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

Exhibit 1, Page 44

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET FIVE

KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@psemploymentlaw.com
PUNEET K. SANDHU (State Bar No. 254726)
psandhu@psemploymentlaw.com
JOSEPH V. MARRA III (State Bar No. 238181)
jmarra@psemploymentlaw.com
PAZZANI & SANDHU LLP
700 N. Central Avenue, Suite 460
Glendale, CA 91203
Telephone:(213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendant
PEPPERDINE UNIVERSITY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRA HOWELL,<br><br>Plaintiff,<br><br>v.<br><br>PEPPERDINE UNIVERSITY,<br><br>Defendant. | Case No.  2:24-CV-06332-WLH-RAO<br><br>**DEFENDANT PEPPERDINE UNIVERSITY'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS (SET SIX)** |

PROPOUNDING PARTY:    Plaintiff, Kira Howell

RESPONDING PARTY:    Defendant, Pepperdine University

SET NUMBER:    Six

Exhibit 1, Page 45

---

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET SIX

**TO PLAINTIFF KIRA HOWELL:**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Pepperdine University ("Pepperdine" or "Defendant") hereby objects and responds to Plaintiff Kira Howell's ("Plaintiff") Request for Production of Documents, Set No. Six ("Request" or "Requests").

## PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

1.     PEPPERDINE has not completed its investigation or analysis of the facts relating to this action and has not yet completed preparation for trial. Accordingly, the following objections and responses are given without prejudice to PEPPERDINE's right to produce, disclose, or use, at a later date, subsequently discovered evidence.  PEPPERDINE further reserves the right to amend or supplement these responses at any time.

2.     PEPPERDINE objects to each Request to the extent it seeks documents protected by the attorney-client privilege, the attorney work product doctrine, or any other privilege, immunity, or protection available under the law.  PEPPERDINE will not produce any documents so protected.  PEPPERDINE does not intend by these responses or objections to waive any claim of privilege or immunity.

3.     PEPPERDINE further objects to each Request to the extent that it seeks documents that are equally available to Plaintiff on the grounds of burden and oppression.

4.     PEPPERDINE further objects to each Request to the extent that the Request seeks documents not within PEPPERDINE's possession, custody, or control.

5.     PEPPERDINE further objects to each Request and Plaintiff's INSTRUCTIONS to the extent that they seek to impose on PEPPERDINE any obligation beyond those required by the Federal Rules of Civil Procedure and/or the local rules of this Court, and on the grounds that the documents requested are not

Exhibit 1, Page 46

2

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1    relevant to any party's claims or defenses, not relevant to the subject matter of this

2    action, and not proportional to the needs of the case.

3        6.        PEPPERDINE further objects and responds to each Request on the

4    basis of PEPPERDINE's understanding and interpretation of the specific Request.

5    If Plaintiff understands or interprets any of the Requests differently, PEPPERDINE

6    reserves the right to supplement any of these responses, either with additional

7    objections or otherwise.

8        7.        PEPPERDINE shall produce documents in response to these Requests

9    in PDF format.  Defendant's production of documents in response to these Requests

10   shall be completed on or before February 7, 2025.

11   **OBJECTIONS AND RESPONSES TO DOCUMENT REQUESTS**

12   **REQUEST FOR PRODUCTION NO. 49:** **(erroneously numbered 48)**

13       Produce all employment records for Betty Snyder, including hiring materials,

14   evaluations, complaints, discipline, salary and pay information, courses taught,

15   courses offered, course materials, ABA trainings, Title IX trainings, etc.

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

17       Defendant objects to this Request on the grounds that it seeks education

18   records that are protected from disclosure pursuant to the Family Educational Rights

19   and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

20   objects to this Request on the grounds that it seeks documents that are not relevant

21   to the subject matter of this action and not proportional to the needs of the case.

22   Defendant further objects to this Request on the grounds that it seeks information,

23   the disclosure of which would constitute an unwarranted invasion of the affected

24   person's federal and state constitutional, statutory, and common law rights of

25   privacy and confidentiality.  Defendant further objects to this Request on the

26   grounds that it is overbroad, vague, and ambiguous.  Defendant objects to this

27   Request on the grounds that it is overbroad as to time.

28

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

Exhibit 1, Page 47

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET SIX

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  Subject to and without waiving the foregoing objections, Defendant responds:

2  Defendant will produce only the documentation showing the human resources

3  training that Betty Snyder was assigned by Defendant and completed.

4  **REQUEST FOR PRODUCTION NO. 50:**

5  Produce the identity of the student who reported the phrase, "I can't believe

6  you just sexually assaulted me."

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

8  Defendant objects to this Request on the grounds that it seeks education

9  records that are protected from disclosure pursuant to the Family Educational Rights

10  and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99). Defendant further

11  objects to this Request on the grounds that it seeks documents that are not relevant

12  to the subject matter of this action and not proportional to the needs of the case.

13  Defendant further objects to this Request on the grounds that the phrase "produce

14  the identity" is vague and ambiguous, and is an interrogatory, rather than a request

15  for production.

16  Based on the foregoing objections, Defendant will not produce documents in

17  response to this Request.

18  **REQUEST FOR PRODUCTION NO. 51:**

19  Produce all video recordings of Stephanie Blondell's Summer 2023 LAW

20  1492.01 Su23 Course.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

22  Defendant objects to this Request on the grounds that it seeks education

23  records that are protected from disclosure pursuant to the Family Educational Rights

24  and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99). Defendant further

25  objects to this Request on the grounds that it seeks documents that are not relevant

26  to the subject matter of this action and not proportional to the needs of the case.

27  Defendant further objects to this Request to the extent that it seeks private,

28

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  privileged, and confidential commercial and/or proprietary business information.

2       Based on the foregoing objections, Defendant will not produce documents in

3  response to this Request.

4  **REQUEST FOR PRODUCTION NO. 52:**

5       Produce all video recordings of Betty Snyder's 2952.01 Su23 course

6  "Psychology of Conflict."

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

8       Defendant objects to this Request on the grounds that it seeks education

9  records that are protected from disclosure pursuant to the Family Educational Rights

10 and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99). Defendant further

11 objects to this Request on the grounds that it seeks documents that are not relevant

12 to the subject matter of this action and not proportional to the needs of the case.

13 Defendant further objects to this Request to the extent that it seeks private,

14 privileged, and confidential commercial and/or proprietary business information.

15      Based on the foregoing objections, Defendant will not produce documents in

16 response to this Request.

17

18 DATED:  January 31, 2025          KAREN J. PAZZANI
                                     PAZZANI & SANDHU LLP
19

20
                                     By:  /s/ Karen J. Pazzani
21                                        KAREN J. PAZZANI
                                          Attorneys for Defendant
22                                        PEPPERDINE UNIVERSITY
23

24

25

26

27

28                                                    Exhibit 1, Page 49

KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@psemploymentlaw.com
PUNEET K. SANDHU (State Bar No. 254726)
psandhu@psemploymentlaw.com
JOSEPH V. MARRA III (State Bar No. 238181)
jmarra@psemploymentlaw.com
PAZZANI & SANDHU LLP
700 N. Central Avenue, Suite 460
Glendale, CA 91203
Telephone:(213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendant
PEPPERDINE UNIVERSITY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRA HOWELL, | Case No.  2:24-CV-06332-WLH-RAO |
| Plaintiff, | |
| v. | **DEFENDANT PEPPERDINE UNIVERSITY'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS (SET SEVEN)** |
| PEPPERDINE UNIVERSITY, | |
| Defendant. | |

PROPOUNDING PARTY:    Plaintiff, Kira Howell

RESPONDING PARTY:    Defendant, Pepperdine University

SET NUMBER:    Seven

Exhibit 1, Page 50

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

**TO PLAINTIFF KIRA HOWELL:**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Pepperdine University ("Pepperdine" or "Defendant") hereby objects and responds to Plaintiff Kira Howell's ("Plaintiff") Request for Production of Documents, Set No. Seven ("Request" or "Requests").

## PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

1.      PEPPERDINE has not completed its investigation or analysis of the facts relating to this action and has not yet completed preparation for trial. Accordingly, the following objections and responses are given without prejudice to PEPPERDINE's right to produce, disclose, or use, at a later date, subsequently discovered evidence.  PEPPERDINE further reserves the right to amend or supplement these responses at any time.

2.      PEPPERDINE objects to each Request to the extent it seeks documents protected by the attorney-client privilege, the attorney work product doctrine, or any other privilege, immunity, or protection available under the law.  PEPPERDINE will not produce any documents so protected.  PEPPERDINE does not intend by these responses or objections to waive any claim of privilege or immunity.

3.      PEPPERDINE further objects to each Request to the extent that it seeks documents that are equally available to Plaintiff on the grounds of burden and oppression.

4.      PEPPERDINE further objects to each Request to the extent that the Request seeks documents not within PEPPERDINE's possession, custody, or control.

5.      PEPPERDINE further objects to each Request and Plaintiff's INSTRUCTIONS to the extent that they seek to impose on PEPPERDINE any obligation beyond those required by the Federal Rules of Civil Procedure and/or the local rules of this Court, and on the grounds that the documents requested are not

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1   relevant to any party's claims or defenses, not relevant to the subject matter of this

2   action, and not proportional to the needs of the case.

3      6.    PEPPERDINE further objects and responds to each Request on the

4   basis of PEPPERDINE's understanding and interpretation of the specific Request.

5   If Plaintiff understands or interprets any of the Requests differently, PEPPERDINE

6   reserves the right to supplement any of these responses, either with additional

7   objections or otherwise.

8      7.    PEPPERDINE shall produce documents in response to these Requests

9   in PDF format.  Defendant's production of documents in response to these Requests

10  shall be completed on or before February 7, 2025.

11  ## OBJECTIONS AND RESPONSES TO DOCUMENT REQUESTS

12  **REQUEST FOR PRODUCTION NO. 53: (erroneously numbered 48)**

13     Produce all employment records for Betty Snyder, including hiring materials,

14  evaluations, complaints, discipline, salary and pay information, courses taught,

15  courses offered, ABA trainings, Title IX trainings, etc.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**

17     Defendant objects to this Request on the grounds that it seeks education

18  records that are protected from disclosure pursuant to the Family Educational Rights

19  and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

20  objects to this Request on the grounds that it seeks documents that are not relevant

21  to the subject matter of this action and not proportional to the needs of the case.

22  Defendant further objects to this Request on the grounds that it seeks information,

23  the disclosure of which would constitute an unwarranted invasion of the affected

24  person's federal and state constitutional, statutory, and common law rights of

25  privacy and confidentiality.  Defendant further objects to this Request on the

26  grounds that it is overbroad, vague, and ambiguous.  Defendant objects to this

27  Request on the grounds that it is overbroad as to time.  Defendant further objects to

28

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

1  this Request 53 on the grounds that it is a duplicate of Request 49.

2      Subject to and without waiving the foregoing objections, Defendant responds:

3  Defendant will produce only the documentation showing the human resources

4  training that Betty Snyder was assigned by Defendant and completed.

5  **REQUEST FOR PRODUCTION NO. 54: (erroneously numbered 51)**

6      Produce the cited documentation that DPS stated in its August 30, 2023 report

7  showing referral to Title IX to file "grievance" for Plaintiff's reported sex-based

8  harassment.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 54:**

10     Defendant objects to the Request on the grounds that is vague and ambiguous

11 and does not reference by bates number the report to which it refers.

12     Subject to and without waiving the foregoing objections, Defendant responds:

13 Defendant has already produced the responsive document (PEP000521).

14 **REQUEST FOR PRODUCTION NO. 55: (erroneously numbered 52)**

15     Produce the identity of the student who reported the phrase, "how dare you

16 sexually assault me" and produce all documentation of this interaction. PEP000572.

17 Disregard previous RFP seeking the same identity but misquoting the individual.

18 **RESPONSE TO REQUEST FOR PRODUCTION NO. 55:**

19     Defendant objects to this Request on the grounds that it seeks education

20 records that are protected from disclosure pursuant to the Family Educational Rights

21 and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).  Defendant further

22 objects to this Request on the grounds that it seeks documents that are not relevant

23 to the subject matter of this action and not proportional to the needs of the case.

24 Defendant further objects to this Request on the grounds that the phrase "produce

25 the identity" is vague and ambiguous, and is an interrogatory, rather than a request

26 for production.

27     Based on the foregoing objections, Defendant will not produce documents in

28

DEFENDANT'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET SEVEN

response to this Request.

DATED:  January 31, 2025        KAREN J. PAZZANI
                                PAZZANI & SANDHU LLP


                                By:  _/s/ Karen J. Pazzani_____
                                     KAREN J. PAZZANI
                                     Attorneys for Defendant
                                     PEPPERDINE UNIVERSITY

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

Exhibit 1, Page 54

5