Michael A. Gould (SBN 151851), The Gould Law Firm, 161 Fashion Lane, Suite 207, Tustin, Ca 92780.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRA HOWELL,<br><br>Plaintiff(s)<br><br>v.<br><br>PEPPERDINE UNIVERSITY and DOES 1 through 10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-06332-WLH-RAO<br><br><br><br>**MEDIATION REPORT** |

_**Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.**_

1.  ☑ A mediation was held on (date):  May 21, 2025                .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by L.R. 16-15.5(b).

    ☐ Did not appear as required by L.R. 16-15.5(b).

    ☐ Plaintiff or plaintiff's representative failed to appear.
    ☐ Defendant or defendant's representative failed to appear.
    ☐ Other:

3.  Did the case settle?

    ☐ Yes, fully, on                         (date).
    ☐ Yes, partially, and further facilitated discussions are expected. _(See No. 4 below.)_
    ☐ Yes, partially, and further facilitated discussions are **not** expected.
    ☑ No, and further facilitated discussions are expected. _(See No. 4 below.)_
    ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?

    The parties have agreed to participate in further mediation on June 2, 2025.

Dated: May 21, 2025

_____
Signature of Mediator

Michael A. Gould
Name of Mediator (print)

_The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."_