KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@psemploymentlaw.com
PUNEET K. SANDHU (State Bar No. 254726)
psandhu@psemploymentlaw.com
JOSEPH V. MARRA III (State Bar No. 238181)
jmarra@psemploymentlaw.com
PAZZANI & SANDHU LLP
700 N. Central Avenue, Suite 460
Glendale, CA 91203
Telephone:(213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendant
PEPPERDINE UNIVERSITY,
SHARON BEARD AND JASON JARVIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRA HOWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>PEPPERDINE UNIVERSITY,<br><br>    Defendant. | Case No. 2:24-CV-06332-WLH-RAO<br><br>The Honorable Wesley L. Hsu<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)] |

STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties Plaintiff Kira Howell ("Plaintiff") and Defendants Pepperdine University, Jason Jarvis, and Sharon Beard ("Defendants"), through their designated counsel, that the above-captioned action and all causes of action asserted against Defendants be and hereby are dismissed in their entirety with prejudice pursuant to FRCP 41(a)(1). The parties will bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: June 3, 2025

By: /s/Kira Howell
KIRA HOWELL
Plaintiff in Pro Per

DATED: June 3, 2025         KAREN J. PAZZANI
                            PAZZANI & SANDHU LLP

By: /s/ Karen J. Pazzani
KAREN J. PAZZANI
Attorneys for Defendant
PEPPERDINE UNIVERSITY