UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KIRA HOWELL, | Case No. 2:24-CV-06332-WLH-RAO |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE [107]** |
| v. | |
| PEPPERDINE UNIVERSITY, | |
| Defendant. | |

    After considering the parties' Joint Stipulation for Dismissal of Entire Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a), and good cause appearing, IT IS HEREBY ORDERED that this action and all causes of action asserted against Defendants are dismissed in their entirety with prejudice. The parties will bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Date: June 20, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1